# COHENMILSTEIN

RECEIVED

2016 AUG 12 P 12: 32
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

S. Douglas Bunch
(202) 589-2281
dbunch@cohenmilstein.com

August 12, 2016

*Via Messenger*

Clerk of the Court
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    *Steven Knurr v. Orbital ATK, Inc., David W. Thompson and Garrett E. Pierce*

Dear Sir or Madam:

    Enclosed please find a complaint, civil cover sheet, check for $400, summonses, and copies thereof, to be filed in the above-referenced new case. After the summonses have been issued, please call (202) 589-2281 and we will send a courier to retrieve them. An additional copy of the complaint and cover letter is enclosed, to be file-stamped and returned to the undersigned.

    Thank you for your assistance. If you have any questions or concerns, please do not hesitate to contact me.

                        Very truly yours,

                        S. Douglas Bunch