```
Court Name: United States District Court
Division: 1
Receipt Number: 14683060958
Cashier ID: sbrown
Transaction Date: 08/12/2016
Payer Name: COHEN MILSTEIN SELLERS TOLL
--------------------------------------
CIVIL FILING FEE
 For: COHEN MILSTEIN SELLERS TOLL
 Amount:      $400.00
--------------------------------------
CHECK
 Remitter: COHEN MILSTEIN SELLERS TOLL
 Check/Money Order Num: 93832
 Amt Tendered: $400.00
--------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

FILING FEE
116CV1031
```