UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ORBITAL ATK, INC., DAVID W. THOMPSON, and GARRETT E. PIERCE,<br><br>Defendants. | No.: 1:16-cv-01031-TSE-MSN<br><br>**NOTICE OF MOTION AND MOTION OF CHRISTOPHER B. COOPER AND JOHN KIM FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion of Christopher B. Cooper and John Kim (collectively, "Cooper and Kim") for Appointment as Lead Plaintiffs and Approval of Counsel filed herewith, proposed Lead Plaintiffs hereby move this Court, the Honorable T.S. Ellis, III, United States District Court, Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314 for an Order: (1) appointing Cooper and Kim as Lead Plaintiffs on behalf of all persons who purchased or otherwise acquired securities of Orbital ATK, Inc. between August 8, 2014 and August 9, 2016, both dates inclusive, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (2) approving Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: October 11, 2016

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar # 15300)
Daniel S. Sommers
S. Douglas Bunch
Elizabeth A. Aniskevich (Va. Bar # 81809)
Adam H. Farra
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C. 20005-3965
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
eaniskevich@cohenmilstein.com
afarra@cohenmilstein.com

*Counsel for Movants and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 E. 42nd Street, Suite 4600
New York, NY 10165

                              Telephone: (212) 697-6484
                              Facsimile    (212) 697-7296
                              Email:  peretz@bgandg.com

*Additional Counsel for Movants*

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing upon Counsel of Record.

This 11th day of October 2016.

                                         / s / *Steven J. Toll*
                                         Steven J. Toll (Va. Bar # 15300)
                                         COHEN MILSTEIN SELLERS & TOLL PLLC
                                         1100 New York Ave. N.W.
                                         Suite 500, East Tower
                                         Washington, DC 20005-3965
                                         Telephone: (202) 408-4600
                                         Facsimile: (202) 408-4699
                                         Email: stoll@cohenmilstein.com