UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>ORBITAL ATK, INC., et al.,<br><br>                        Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br><u>CLASS ACTION</u> |

DECLARATION OF CRAIG C. REILLY IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS

    I, Craig C. Reilly, declare as follows:

    1.    I am an attorney duly licensed to practice before all of the courts of the State of Virginia. I am the proposed liaison counsel for Construction Laborers Pension Trust of Greater St. Louis (the "Pension Trust") and the class in the above-entitled action.

    2.    I make this declaration in support of the Pension Trust's Memorandum of Law in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

    3.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Certifications filed by Arkansas Teacher Retirement System in the following cases:

| *Case* |
|---|
| *In re Extreme Networks Inc. Sec. Litig.*, No. 15-cv-04883 (N.D. Cal.) |

| *Case* |
|---|
| *Vikramkumar v. Nimble Storage, Inc.*, <br> No. 15-cv-05803 (N.D. Cal.) |
| *Kasper v. AAC Holdings, Inc.*, <br> No. 15-cv-0923 (M.D. Tenn.) |
| *Heller v. Vipshop Holdings Ltd.*, <br> No. 15-cv-03870 (S.D.N.Y.) |
| *Arkansas Teacher Ret. Sys. v. Insulet Corp.*, <br> No. 15-cv-12345 (D. Mass.) |
| *Cummins v. Virtus Investment Partners Inc.*, <br> No. 15-cv-01249 (S.D.N.Y.) |
| *Haan v. Five Below, Inc.*, <br> No. 15-cv-00094 (E.D. Pa.) |
| *Town of Davie Police Pension Plan v. CommVault Systems, Inc.*, <br> No. 14-cv-05628 (D.N.J.) |
| *Fletcher v. The Bancorp, Inc.*, <br> 14-cv-00952 (D. Del.) |
| *Ansfield v. Infoblox, Inc.*, <br> No. 14-cv-02500 (N.D. Cal.) |
| *Rossy v. Merge Healthcare, Inc.*, <br> No. 14-cv-00318 (N.D. Ill.) |
| *Hatamian v. Advanced Micro Devices, Inc.*, <br> No. 14-cv-00226 (N.D. Cal.) |
| *Deerfield Beach Police Pension Fund v. Quality Sys., Inc.*, <br> No. 13-cv-01818 (C.D. Cal.) |
| *West Palm Beach Police Pension Fund v. DFC Global Corp.*, <br> No. 13-cv-06731 (E.D. Pa.) |
| *Arkansas Teacher Ret. Sys. v. Bankrate, Inc.*, <br> No. 13-cv-07183 (S.D.N.Y.) |
| *Ortuzar v. Francesca's Holdings Corp.*, <br> No. 13-cv-06882 (S.D.N.Y.) |

| *Case* |
|---|
| *Brado v. Vocera Communications Inc.*, No. 13-cv-03567 (N.D. Cal.) |
| *Anderson v. Spirit AeroSystems Holdings, Inc.*, No. 13-cv-02261 (D. Kan.) |
| *Perry v. Spectrum Pharms., Inc.*, No. 13-cv-0433 (D. Nev.) |
| *Weber v. Groupon, Inc.*, No. 12-cv-10235 (N.D. Ill.) |
| *In re Facebook, Inc. IPO Sec. and Deriv. Litig.*, No. 12-cv-04081 (S.D.N.Y.) |
| *Smith v. JPMorgan Chase & Co.*, No. 12-cv-03852 (S.D.N.Y.) |
| *Hoppaugh v. K12, Inc.*, No. 12-cv-00103 (E.D. Va.) |
| *In re Netflix, Inc. Sec. Litig.*, No. 12-cv-00225 (N.D. Cal.) |
| *In re Beckman Coulter, Inc. Sec. Litig.*, No. 10-cv-01327 (C.D. Cal.) |
| *Richman v. Goldman Sachs Group, Inc.*, No. 10-cv-03461 (S.D.N.Y.) |
| *Plitchta v. SunPower Corp.*, No. 09-cv-05473 (N.D. Cal.) |
| *In re MGM Mirage Sec. Litig.*, No. 09-cv-1558 (D. Nev.) |
| *In re Colonial Bancgroup, Inc. Sec. Litig.*, No. 09-cv-0104 (M.D. Ala.) |
| *In re Schering-Plough Corp. Sec. Litig.*, No. 08-cv-0397 (D.N.J.) |
| *Reimer v. Ambac Fin. Group, Inc.*, No. 08-cv-00411 (S.D.N.Y.) |
| *In re SFBC Int'l, Inc. Sec. Litig.*, No. 06-cv-0165 (D.N.J.) |

1200121_1

Exhibit 2: Excerpts of Amended Consolidated Securities Class Action Complaint and ATRS' certification filed in *Horowitz v. SunEdison, Inc.*, No. 15-cv-01769 (E.D. Mo. July 22, 2016);

Exhibit 3: ATRS' certification in *St. Lucie County Fire District Firefighters' Pension Trust Fund v. Stericycle, Inc.*, No. 16-cv-07145 (N.D. Ill. Sept. 12, 2016);

Exhibit 4: ATRS Rules of Organization and Operation;

Exhibit 5: ATRS Executive Director's Job Description; and

Exhibit 6: Reply Memorandum of Points and Authorities in Further Support of the Motion of Arkansas Teacher Retirement System for Appointment as Lead Plaintiff and Approval of Selection of Counsel filed in *In re Extreme Networks, Inc. Sec. Litig.*, No. 15-cv-04883 (N.D. Cal. Jan. 12, 2016).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October, 2016, at Alexandria, Virginia.

*CCR*
CRAIG C. REILLY

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2016, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

|  |  |
|--|--|
|  |  |

*/s/ Craig C. Reilly*
Craig C. Reilly, Esq.
VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
EMAIL craig.reilly@ccreillylaw.com
*Liaison Counsel for Movant*

1200121_1