# Exhibit A

# CAMPAIGN CONTRIBUTION AND EXPENDITURE REPORT

## State and District Candidates Only

**To be filed with:**
**Charlie Daniels, Secretary of State**
**State Capitol, Room 026**
**Little Rock, AR 72201**
**Phone (501) 682-5070**
**Fax (501) 682-3408**

For assistance in completing
this form contact:
Arkansas Ethics Commission
Post Office Box 1917
Little Rock, AR 72203-1917
Phone (501) 324-9600
Toll Free (800) 422-7773

☒ Check if this report is an amendment

**THIS FORM CANNOT BE USED FOR THE FINAL REPORT - ALL INFORMATION MUST BE COMPLETE**
**THIS REPORT MUST BE FILED WITH THE SECRETARY OF STATE**

**1.** Name of Candidate
Martha Shoffner

Address
P.O. Box 3020

City, State and Zip
Little Rock, AR 72201

Phone Number:

Office Sought
State Treasurer

District Number:
0

Does the candidate have a campaign committee? (   )Yes  ( X )No
If yes, complete the following:

*(Secretary of State File Stamp)*

Name of Chairperson/Treasurer:

Mailing Address:

Phone Number:

**2. Type of Election:** (check one only)    Year of Election: 2010
☒ Primary  ☐ Primary Runoff  ☐ General  ☐ General Runoff  ☐ Special

**3. Type of Report: (check one only)**    This report covers what period? ( 10 / 01 / 09 ) through ( 12 / 31 / 09 )

☐10 Day Preelection
☐First Quarter (due April 15)
☐Second Quarter (due July 15)
☐Third Quarter (due October 15)
☒Fourth Quarter (due January 15)

☐January Monthly
☐February Monthly
☐March Monthly
☐April Monthly

☐June Monthly
☐July Monthly
☐August Monthly
☐September Monthly
☐October Monthly

*Special Elections Only:*
☐May Monthly
☐November Monthly
☐December Monthly

| SUMMARY | FOR REPORTING PERIOD | CUMULATIVE TOTAL |
|---|---|---|
| **4.** Balance of campaign funds at beginning of reporting period | 43,295.00 | |
| **5.** Interest (if any) earned on campaign account | 0.00 | 0.00 |
| **6.** Total Loans (enter total from line 12) | 0.00 | 0.00 |
| **7.** Total Monetary Contributions (enter total from line 18) | 21,750.00 | 66,063.00 |
| **8.** Total Expenditures (enter total from line 27) | 829.00 | 1,847.00 |
| **9.** Balance of campaign funds at close of reporting period | 64,216.00 | |

**10. (   ) NO ACTIVITY**(check if you have not received contributions, loans, or made expenditures during this reporting period)

I certify to the best of my knowledge and belief that the information disclosed in this report is a complete, true, and accurate
financial statement of my (the candidate's) campaign contributions and expenditures.

_____
Signature of Candidate or Candidate's Representative

Sworn to and subscribed before me, a Notary Public, in and for_____, County, Arkansas, on this_____ day of _____, _____.
*(Legible Notary Seal)*    Notary Signature_____

My Commission Expires:_____

**Note:  If faxed, notary seal must be legible (*i.e.,* either stamped or raised and inked) and the original must follow within ten (10) days.**

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to
comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics
Commission.

REVISED 08/09

# 11.  LOAN INFORMATION

Please Type or Print
Do not list loans previously reported

| DATE | NAME AND ADDRESS OF LENDING INSTITUTION | GUARANTOR(S) IF ANY | AMOUNT |
|------|------------------------------------------|---------------------|--------|
|      |                                          |                     |        |
|      |                                          |                     |        |
|      |                                          |                     |        |
|      |                                          |                     |        |
|      |                                          |                     |        |
|      |                                          |                     |        |
|      |                                          |                     |        |
| 12.  TOTAL LOANS DURING REPORTING PERIOD | | | $         0.00 |

## IMPORTANT

The limits on campaign contributions do not apply to loans or contributions made by a candidate from his or her own personal funds to the campaign, or to personal loans made by financial institutions to the candidate and applied to his or her campaign.  Any loans made by a candidate to his or her campaign and any loans made by a financial institution to a candidate and applied to his or her campaign shall be reported in Section 11.

If a candidate desires to use or raise campaign funds to repay himself or herself for personal funds that he or she contributed to the campaign, then he or she would need to report those personal funds as a loan in Section 11.

If a candidate does not desire to use or raise campaign funds to repay himself or herself for personal funds that he or she contributed to the campaign, then those personal funds would not be reported in Section 11.   Instead, they would be reported as a campaign contribution either in Section 15 or on line 17, depending upon the amount.

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.

REVISED 08/09

## 13.  NONMONEY CONTRIBUTIONS
(Does not include volunteer services by individuals)

| Date of receipt | Full Name and Address of Contributor | Description of nonmoney item | Value of nonmoney item | Cumulative Total From This Contributor |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **14.  TOTAL NONMONEY CONTRIBUTIONS** | | | 0.00 |  |

## IMPORTANT

In addition to monetary contributions, candidates are required to report the receipt of any nonmonetary ("in-kind") contributions.  A candidate receives an in-kind contribution whenever a person provides him with an item or service without charge or for a charge which is less than the fair market value of the item or service in question.

The value of an in-kind contribution is the difference between the fair market value and the amount charged.  In-kind contributions are addressed in greater detail in Sections 205 and 206 of the Commission's Rules on Campaign Finance & Disclosure.

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.
REVISED 08/09

## 15.  ITEMIZED MONETARY CONTRIBUTIONS OVER $50

Please Type or Print
(Use Additional Copies Of This Page If Necessary)

| Date | Full Name And Mailing Address Of Contributor | Place Of Business/ Employer/Occupation | Amount Of Contribution | Cumulative Total From This Contributor |
|---|---|---|---|---|
| 10/01/2009 | Bank of America<br>1100 North King Street<br>Wilmington, DE 19884 | Bank, Bank of America | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| 10/12/2009 | Ark Monroe, III<br>425 West Capitol Ave. Suite 1800<br>Little Rock, AR 72201 | Bank, Bancorp South, Banker | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>250.00 | 250.00 |
| 10/13/2009 | The Capital Bank<br>12224 Chenal Pkwy<br>Little Rock, AR 72211 | Bank, The Capital Bank | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>1,000.00 | 1,000.00 |
| 10/19/2009 | Gary Canada, Sr.<br>105 Cherry Street<br>England, AR 72046 | Bank, Bank of England, President | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>100.00 | 100.00 |
| 10/26/2009 | James & Margaret Schenebeck<br>14904 Lamplight Way<br>Little Rock, AR 72211 | Central AR Gem, Mineral & Geology Society, President | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>100.00 | 100.00 |
| 10/30/2009 | Pat Norsworthy<br>1155 West HWY 165<br>England, AR 72046 | Federal Drier & Storage Co., Owner | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>200.00 | 200.00 |
| 10/02/2009 | Gerald & Anita Schenebeck<br>P.O. Box 11<br>Lonoke, AR 72086 | Self-Employed, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>100.00 | 100.00 |
| 11/12/2009 | Mason & Co. Realty<br>215 South 2nd Street<br>Jacksonville, AR 72076 | Mason & Co. Realty, Real Estate | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>500.00 | 500.00 |
| 11/10/2009 | Thomas & Elizabeth Dubbs<br>140 Broadway<br>New York, NY 10005 | Labaton Sucharow, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>1,000.00 | 1,000.00 |
| | | **Subtotal of Contributions This Page** | 5,250.00 | |

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.

REVISED 08/09

# 15.  ITEMIZED MONETARY CONTRIBUTIONS OVER $50

Please Type or Print
(Use Additional Copies Of This Page If Necessary)

| Date | Full Name And Mailing Address Of Contributor | Place Of Business/ Employer/Occupation | Amount Of Contribution | Cumulative Total From This Contributor |
|---|---|---|---|---|
| 11/11/2009 | Bernard & Sandra Persky<br>170 East End Ave. Apt. 4B<br>New York, NY 10128 | Labaton Sucharow, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>1,000.00 | 1,000.00 |
| 11/11/2009 | Tim & Che Herron<br>45 Wedgewood Forest Drive<br>The Woodlands, TX 77381 | Self Employed, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| 11/12/2009 | Eric & Tara Belfi<br>1707 Route 25A<br>Laurel Hollow, NY 11791 | Labaton Sucharow, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>750.00 | 750.00 |
| 11/12/2009 | Louis & Mickaelle Gottlieb<br>120-11 83rd Ave.<br>Kew Gardens, NY 11415 | Labaton Sucharow, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>750.00 | 750.00 |
| 11/12/2009 | Mark Arisohn<br>One Scarsdale Road Apt. 301<br>Tuckahoe, NY 10707 | Labaton Sucharow, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>500.00 | 500.00 |
| 11/13/2009 | Grasten Power Technologies, LLC<br>2201 Timberlock Place Suite 110<br>The Woodlands, TX 77380 | Grasten Power Technologies, LLC | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>1,500.00 | 1,500.00 |
| 12/02/2009 | Robert Kaplan<br>850 Third Avenue 14th Floor<br>New York, NY 10022 | Kaplan Fox & Kilsheimer LLP, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| 12/02/2009 | Fred Fox<br>850 Third Ave. 14th Floor<br>New York, NY 10022 | Kaplan Fox & Kilsheimer, LLP, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| 12/02/2009 | Richard Kilsheimer<br>850 Third Ave. 14th Floor<br>New York, NY 10022 | Kaplan Fox & Kilsheimer, LLP, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| | | **Subtotal of Contributions This Page** | 12,500.00 | |

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.

REVISED 08/09

# ITEMIZED MONETARY CONTRIBUTIONS OVER $50
Please Type or Print

| Date | Full Name And Mailing Address Of Contributor | Place Of Business/ Employer/Occupation | Amount Of Contribution | Cumulative Total From This Contributor |
|---|---|---|---|---|
| 12/02/2009 | Donald Hall<br>850 Third Ave. 14th Floor<br>New York, NY 10022 | Kaplan Fox & Kilsheimer, LLP, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| 12/02/2009 | Joel Strauss<br>850 Third Ave. 14th Floor<br>New York, NY 10022 | Kaplan Fox & Kilsheimer, LLP, Attorney | ☒ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt<br><br>2,000.00 | 2,000.00 |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |
| | | | ☐ Primary Election<br>☐ Primary Run-Off<br>☐ General Election<br>☐ General Run-Off<br>☐ Debt | |

| | Amount | |
|---|---|---|
| **16. TOTAL ITEMIZED MONETARY CONTRIBUTIONS OVER $50** | 21,750.00 | |
| **17. TOTAL NONITEMIZED MONETARY CONTRIBUTIONS** | 0.00 | |
| **18. TOTAL MONETARY CONTRIBUTIONS THIS REPORT**<br>(includes totals from lines 16 and 17) | 21,750.00 | |

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.

REVISED 08/09

## 19.  CAMPAIGN EXPENDITURES BY CATEGORY
Please Type or Print

| CATEGORY | TOTAL AMOUNT |
|---|---|
| Filing Fee | |
| Television Advertising | |
| Radio Advertising | |
| Newspaper Advertising | |
| Other Advertising | 253.00 |
| Office Supplies | 576.00 |
| Rent | |
| Utilities | |
| Telephone | |
| Postage | |
| Direct Mail | |
| Travel Expenses | |
| Entertainment | |
| Fundraising | |
| Repayment of Loans | |
| Returned Contributions | |
| Consultant Fees | |
| Polls | |
| Paid Campaign Workers | |
| Other (list) | |
| | |
| | |
| | |
| | |
| | |
| | |
| **20. TOTAL CAMPAIGN EXPENDITURES** | 829.00 |

## 21. PAID CAMPAIGN WORKERS
(Include any person you paid to work on your campaign, does not have to be full-time worker)

| NAME OF WORKER | AMOUNT PAID | NAME OF WORKER | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **22. TOTAL AMOUNT PAID CAMPAIGN WORKERS** | | 0.00 |

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.

REVISED 08/09

## 23.  ITEMIZED CAMPAIGN EXPENDITURES OVER $100

Please Type or Print
(Use additional copies of this page if necessary)

| Name and Address of Supplier/Payee | Description of Expenditure | Date of Expenditure | Amount of Expenditure |
|---|---|---|---|
| CAMCO+<br>P.O. Box 6025<br>Sherwood, AR 72124 | Invitations, Envelopes & Return Envelopes | 10/19/2009 | 456.00 |
| CAMCO+<br>P.O. Box 6025<br>Sherwood, AR 72124 | Lapel Stickers | 10/19/2009 | 253.00 |
| CAMCO+<br>P.O. Box 72124<br>Sherwood, AR 72124 | Business Cards | 12/26/2009 | 120.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| 24.  TOTAL ITEMIZED EXPENDITURES THIS REPORT | 829.00 |
| 25.  TOTAL NONITEMIZED EXPENDITURES THIS REPORT | 0.00 |
| 26.  TOTAL PAID CAMPAIGN WORKERS THIS REPORT (enter total from line 22) | 0.00 |
| 27.  TOTAL EXPENDITURES THIS REPORT (includes lines 24, 25 and 26) | 829.00 |

### Note:  All Expenditures Reflected on Lines 24, 25, and 26 Should Be Totaled by Category In Section 19

The law provides for a maximum penalty of $2,000 per violation and/or imprisonment for not more than one year for any person who knowingly or willfully fails to comply with the provisions of A.C.A. § 7-6-201 through § 7-6-227.  This report constitutes a public record.  This form has been approved by the Arkansas Ethics Commission.

REVISED 08/09