## ** CIVIL MOTION MINUTES **

Date: 11/04/2016                         Before the Honorable: T.S. ELLIS, III

Time:  10:56AM-11:51AM (00:55)           Civil Case No.: 1:16-CV-01031-TSE-MSN

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

---

**STEVEN KNURR**

**v.**

**ORBITAL ATK INC. et al**

---

Appearances of Counsel for:

( X ) Movants: Craig C. Reilly, Jim Barz, Dani Myers
             Susan R. Podolsky, Naumon Amjed, Francis P. McConville, George Hopkins
( X ) Defendant: Lyle Roberts
(  ) Other:

**Re:**   Motion [7] for Appointment of Lead Plaintiff
         Motion [11] to Appoint Counsel and for Appointment as Lead Plaintiff
         Motion [11] for Appoint as Lead Plaintiffs

Argued and:

(  ) Granted          (  ) Denied          (  ) Granted in part/Denied in part

( **X** ) Taken Under Advisement          (  ) Continued to

(  ) Report and Recommendation to Follow

( X ) Order to Follow