IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STEVEN KNURR, et al. | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:16-cv-1031 |
| v. | ) | |
| | ) | |
| ORBITAL ATK INC., et al. | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The matter came before the Court on threshold motions for appointment of lead plaintiff and lead counsel. (Docs. 7, 11, 14).

For good cause, and for the reasons stated in the Memorandum Opinion of even date,

It is hereby **ORDERED** that Construction Laborers Pension Trust of Greater St. Louis' motion for appointment as lead plaintiff (Doc. 7) is **GRANTED**.

It is further **ORDERED** that Robbins Geller Rudman & Dowd LLP is appointed as lead counsel and Craig C. Reilly as liaison counsel. Lead and liaison counsel are cautioned to maintain complete and correct records of (i) tasks performed, (ii) the time required to perform the tasks, and (iii) copying, mailing, and other expenses, so that at a later date, if appropriate, the Court may reasonably evaluate claims for fees and expenses should such claims be warranted. In recording time, counsel should not lump together multiple tasks under one amount of time. Lumping makes it difficult, if not impossible, to assess the reasonableness of a fee for the task. *See Nat'l Ass'n of Concerned Vets v. Sec'y of Defense*, 675 F.2d 1319, 1327 (D.C. Cir. 1982) ("In the preparation of fee applications it is insufficient to provide the District Court with very broad summaries of work done and hours logged."); *EEOC v. Nutri/System, Inc.*, 685 F. Supp.

568, 573 (E.D. Va. 1988) ("Inadequate documentation is a basis for reducing or denying a fee award.").

It is further **ORDERED** that the parties are **DIRECTED** to meet and confer for the purpose of proposing to the Court a schedule governing motions and a hearing on class certification, and to submit that schedule to the Court by 5:00 p.m. on Friday, November 25, 2016.

It is further **ORDERED** that Arkansas Teacher Retirement System's motion for appointment as lead plaintiff and approval of selection of counsel (Doc. 11) is **DENIED**.

It is further **ORDERED** that Christopher B. Cooper and John Kim's motion for appointment as lead plaintiffs and approval of counsel (Doc. 14) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 10, 2016

/s/
T. S. Ellis, III
United States District Judge