## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Wayne County Employees' Retirement System ("Plaintiff") declares:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff owned 43,500 shares of Orbital Sciences Corporation common stock as of December 16, 2014, and those shares were exchanged in the merger with Alliant Techsystems Inc. on February 9, 2015, and Plaintiff has made the following transactions during the Class Period in the common stock of Orbital ATK Inc.:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|
| | *See* attached Schedule A. | | |

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Willbros Group, Inc. Sec. Litig.*, No. 4:14-cv-03084 (S.D. Tex.)
*Kelley v. Aerie Pharmaceuticals, Inc., et al.*, No. 3:15-cv-03007 (D.N.J.)
*Shoemaker v. Cardiovascular Systems, Inc., et al.*, No. 0:16-cv-00568 (D. Minn.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Galmi v. Teva Pharmaceuticals Industries Limited, et al.*, No. 2:16-cv-08259 (C.D. Cal.)

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Henningsen v. The ADT Corporation, et al.*, No. 9:14-cv-80566 (S.D. Fla.)
*In re World Wrestling Entertainment, Inc. Sec. Litig.*, No. 3:14-cv-01070 (D. Conn.)
*Town of Davie Police Pension Plan v. CommVault Systems, Inc., et al.*, No. 3:14-cv-5628 (D.N.J.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2017.

Wayne County Employees' Retirement System

By: _____
Gerard Grysko, Deputy Director

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 05/26/2015 | 400 | $75.60 |
| 06/05/2015 | 100 | $73.75 |
| 06/05/2015 | 600 | $73.78 |
| 06/08/2015 | 400 | $73.55 |
| 01/27/2016 | 725 | $85.83 |
| 03/15/2016 | 500 | $78.05 |
| 03/16/2016 | 200 | $78.64 |
| 03/17/2016 | 100 | $79.50 |
| 03/17/2016 | 100 | $79.50 |
| 03/22/2016 | 100 | $81.93 |
| 03/29/2016 | 200 | $84.90 |
| 03/30/2016 | 300 | $87.17 |
| 03/31/2016 | 650 | $87.20 |
| 04/04/2016 | 200 | $86.43 |
| 04/12/2016 | 300 | $85.44 |
| 05/05/2016 | 400 | $84.13 |
| 06/24/2016 | 100 | $84.95 |
| 06/27/2016 | 300 | $83.32 |
| 06/28/2016 | 300 | $82.63 |
| 07/06/2016 | 125 | $83.35 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 09/24/2015 | 4,020 | $73.82 |
| 10/28/2015 | 7,311 | $85.11 |

*Opening position of 12,831 shares.