IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN KNURR, Individually and On Behalf of All Others Similarly Situated, </br></br> Plaintiffs, </br></br> v. </br></br> ORBITAL ATK, INC., et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No.: 1:16-cv-01031-TSE-MSN ) ) ) ) ) |

**DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFFS' COMPLAINT</u>**

Defendants hereby move under Federal Rule of Civil Procedure 12(b)(6) to dismiss all claims brought against them by Plaintiffs.  For the reasons more fully set forth in the Memorandum of Law in Support of this Motion, the Plaintiffs' Complaint fails to state claims upon which relief can be granted, as it does not satisfy the applicable pleading standards.  In support of this Motion, Defendants submit a Memorandum of Law, a Declaration of Lyle Roberts, and supporting exhibits that may be considered in ruling on this Motion to Dismiss.

Dated:  May 30, 2017     Respectfully submitted,

       **COOLEY LLP**


      */s/ Lyle Roberts*
      Lyle Roberts (Va. Bar No. 45808)
      George Anhang (*pro hac vice*)
      1299 Pennsylvania Avenue, N.W.
      Suite 700
      Washington, DC  20004
      Telephone: (202) 842-7800
      Facsimile: (202) 842-7899
      lroberts@cooley.com
      ganhang@cooley.com

      *Counsel for Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce and Blake E. Larson*


      **KIRKLAND & ELLIS LLP**


      */s/ Michael A. Petrino*

      Michael A. Petrino (Va. Bar No. 77187)
      Andrew B. Clubok (pro hac vice)
      Kirkland & Ellis LLP
      655 Fifteenth St., NW
      Washington, DC 20005
      Telephone: (202) 879-5000
      Facsimile: (202) 879-5200
      Michael.Petrino@Kirkland.com

      Joshua Z. Rabinovitz (pro hac vice)
      Kirkland & Ellis LLP
      300 N. LaSalle Street
      Chicago, IL 60654

      Shireen A. Barday (pro hac vice)
      Kirkland & Ellis LLP
      601 Lexington Avenue
      New York, NY 10022

Counsel for Defendant Mark W. DeYoung

_____

## CERTIFICATE OF SERVICE

      I hereby certify that on the ___ day of May, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                                  */s/ Lyle Roberts*
                                  Lyle Roberts
                                  COOLEY LLP
                                  1299 Pennsylvania Avenue, NW,
                                  Suite 700
                                  Washington, DC  20004
                                  Telephone:  (202) 842-7800
                                  Facsimile:  (202) 842-7899
                                  lroberts@cooley.com

                                  *Counsel for Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce and Blake E. Larson*

145109480 v1