**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **STEVEN KNURR, *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 1:16-cv-1031** |
| **v.** | ) | |
| | ) | |
| **ORBITAL ATK INC., *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter came before the Court for a hearing on defendants' motion to dismiss. (Doc. 67).

For the reasons stated in the accompanying Memoranda Opinions, and for good cause,

It is hereby **ORDERED** that defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part.

Defendants' motion to dismiss is **GRANTED** with respect to Counts I and II, plaintiffs' § 10(b) claims and related § 20(a) claims, for failure to allege facts warranting a strong inference of scienter on the part of the defendants. Dismissal is without prejudice and with leave to amend if plaintiffs, consistent with Rule 11, Fed. R. Civ. P., can allege facts that would give rise to the requisite strong inference of scienter.

Defendants' motion to dismiss Count III, plaintiffs' § 14(a) claims, is **GRANTED** in part and **DENIED** in part. The motion to dismiss the § 14(a) claims is **GRANTED** with respect to the statements regarding the fairness of the Exchange Ratio, and **DENIED** in all other respects. Dismissal is without prejudice and with leave to amend if plaintiffs, consistent with Rule 11,

Fed. R. Civ. P., can allege the defendants did not actually believe the merger was fair or advisable.

Defendants' motion to dismiss Count IV is **DENIED.**

It is further **ORDERED** that plaintiffs may file, if they wish, a second amended complaint by no later than 5:00 p.m. on Tuesday, October 10, 2017.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 26, 2017

/s/
**T. S. Ellis, III**
**United States District Judge**