# Exhibit 18

The following historical data concerning Orbital ATK Inc.'s stock price has been downloaded, without alteration, from Yahoo! Finance at https://finance.yahoo.com/quote/OA/history?period1=1470715200&period2=1493006400&interval=1d&filter=history&frequency=1d

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 8/9/2016 | 87.279999 | 89.43 | 87.099998 | 88.769997 | 88.769997 | 846900 |
| 8/10/2016 | 78.519997 | 79.690002 | 67.040001 | 70.790001 | 70.790001 | 8707200 |
| 8/11/2016 | 71.650002 | 75.32 | 71.5 | 74.150002 | 74.150002 | 3505900 |
| 8/12/2016 | 73.970001 | 76.25 | 73.5 | 73.629997 | 73.629997 | 1301000 |
| 8/15/2016 | 73.629997 | 74.610001 | 73.25 | 73.370003 | 73.370003 | 751800 |
| 8/16/2016 | 73.080002 | 73.269997 | 71.519997 | 71.669998 | 71.669998 | 1075800 |
| 8/17/2016 | 71.900002 | 72.629997 | 71.669998 | 72.050003 | 72.050003 | 707800 |
| 8/18/2016 | 72 | 72.330002 | 71.849998 | 72.139999 | 72.139999 | 528400 |
| 8/19/2016 | 72 | 73.129997 | 71.730003 | 73.089996 | 73.089996 | 867700 |
| 8/22/2016 | 72.839996 | 74.559998 | 72.480003 | 74.480003 | 74.480003 | 1027900 |
| 8/23/2016 | 75.040001 | 76.150002 | 74.75 | 76.029999 | 76.029999 | 1504300 |
| 8/24/2016 | 75.970001 | 76.470001 | 74.82 | 76.050003 | 76.050003 | 966600 |
| 8/25/2016 | 75.870003 | 76.440002 | 74.980003 | 75.199997 | 75.199997 | 977600 |
| 8/26/2016 | 75.160004 | 76.010002 | 74.160004 | 74.459999 | 74.459999 | 514100 |
| 8/29/2016 | 74.610001 | 76.480003 | 74.610001 | 76.040001 | 76.040001 | 531200 |
| 8/30/2016 | 75.830002 | 76.459999 | 75.720001 | 75.980003 | 75.980003 | 464000 |
| 8/31/2016 | 76.050003 | 76.239998 | 74.900002 | 75.43 | 75.43 | 251400 |
| 9/1/2016 | 76.099998 | 77.459999 | 76.099998 | 77.269997 | 77.269997 | 652800 |
| 9/2/2016 | 77.150002 | 78.019997 | 77.150002 | 77.879997 | 77.879997 | 564200 |
| 9/6/2016 | 78.150002 | 78.150002 | 76.529999 | 77.279999 | 77.279999 | 354400 |
| 9/7/2016 | 76.760002 | 77 | 75.599998 | 75.839996 | 75.839996 | 652400 |
| 9/8/2016 | 75.550003 | 76.470001 | 75.410004 | 75.959999 | 75.959999 | 353900 |
| 9/9/2016 | 75.260002 | 75.690002 | 74.800003 | 75.139999 | 75.139999 | 505900 |
| 9/12/2016 | 74.699997 | 75.919998 | 74.5 | 75.75 | 75.75 | 642000 |
| 9/13/2016 | 75.080002 | 75.610001 | 74.459999 | 74.830002 | 74.830002 | 613200 |
| 9/14/2016 | 74.739998 | 75.419998 | 72.879997 | 73.440002 | 73.440002 | 677600 |
| 9/15/2016 | 73.129997 | 74.089996 | 73.010002 | 73.93 | 73.93 | 457900 |
| 9/16/2016 | 73.870003 | 73.870003 | 72.400002 | 72.480003 | 72.480003 | 498600 |
| 9/19/2016 | 72.459999 | 73.410004 | 72.290001 | 72.949997 | 72.949997 | 373800 |
| 9/20/2016 | 73.470001 | 73.839996 | 72.790001 | 73.260002 | 73.260002 | 408800 |
| 9/21/2016 | 73.5 | 74.489998 | 73.099998 | 74.010002 | 74.010002 | 331800 |
| 9/22/2016 | 74.07 | 75.25 | 74.07 | 74.769997 | 74.769997 | 385100 |
| 9/23/2016 | 74.18 | 75.080002 | 74.089996 | 74.440002 | 74.440002 | 306700 |
| 9/26/2016 | 73.970001 | 76.370003 | 73.779999 | 76 | 76 | 1265300 |
| 9/27/2016 | 76.489998 | 77.470001 | 76.150002 | 76.760002 | 76.760002 | 423400 |
| 9/28/2016 | 76.809998 | 77.220001 | 76.309998 | 76.839996 | 76.839996 | 379900 |
| 9/29/2016 | 76.410004 | 76.739998 | 75.059998 | 75.449997 | 75.449997 | 542700 |
| 9/30/2016 | 75.580002 | 76.730003 | 75.089996 | 76.230003 | 76.230003 | 773400 |
| 10/3/2016 | 76.230003 | 77.059998 | 75.93 | 76.699997 | 76.699997 | 354800 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/4/2016 | 76.989998 | 77.199997 | 75.620003 | 76.290001 | 76.290001 | 422800 |
| 10/5/2016 | 76.18 | 77.339996 | 75.559998 | 75.599998 | 75.599998 | 598600 |
| 10/6/2016 | 75.739998 | 75.800003 | 75.160004 | 75.309998 | 75.309998 | 316100 |
| 10/7/2016 | 75.099998 | 75.290001 | 74 | 74.150002 | 74.150002 | 544600 |
| 10/10/2016 | 74.150002 | 75.010002 | 74.150002 | 74.379997 | 74.379997 | 479200 |
| 10/11/2016 | 73.970001 | 74.589996 | 72.449997 | 72.860001 | 72.860001 | 490400 |
| 10/12/2016 | 72.709999 | 73.209999 | 72.449997 | 72.620003 | 72.620003 | 281500 |
| 10/13/2016 | 72.160004 | 73.199997 | 71.519997 | 72.919998 | 72.919998 | 459800 |
| 10/14/2016 | 73.370003 | 73.860001 | 73.239998 | 73.529999 | 73.529999 | 367300 |
| 10/17/2016 | 73.730003 | 74.639999 | 73.389999 | 74.410004 | 74.410004 | 493000 |
| 10/18/2016 | 76.93 | 78.400002 | 75.709999 | 77.639999 | 77.639999 | 1100000 |
| 10/19/2016 | 77.510002 | 77.650002 | 76.599998 | 76.889999 | 76.889999 | 383100 |
| 10/20/2016 | 76.519997 | 77.290001 | 76.199997 | 76.5 | 76.5 | 493600 |
| 10/21/2016 | 76.160004 | 76.330002 | 75.419998 | 76.050003 | 76.050003 | 517300 |
| 10/24/2016 | 76.860001 | 76.860001 | 75.739998 | 75.779999 | 75.779999 | 361600 |
| 10/25/2016 | 75.330002 | 75.919998 | 74.309998 | 75.139999 | 75.139999 | 619900 |
| 10/26/2016 | 75.290001 | 75.800003 | 74.239998 | 74.790001 | 74.790001 | 586100 |
| 10/27/2016 | 74.849998 | 74.93 | 74.059998 | 74.919998 | 74.919998 | 315200 |
| 10/28/2016 | 74.620003 | 75.879997 | 74.620003 | 75.199997 | 75.199997 | 232900 |
| 10/31/2016 | 75.370003 | 75.519997 | 74.339996 | 74.360001 | 74.360001 | 599800 |
| 11/1/2016 | 74.730003 | 75.059998 | 73.550003 | 73.800003 | 73.800003 | 383100 |
| 11/2/2016 | 74.379997 | 74.489998 | 72.059998 | 72.190002 | 72.190002 | 807400 |
| 11/3/2016 | 72.059998 | 74.129997 | 72.059998 | 73.800003 | 73.800003 | 1202000 |
| 11/4/2016 | 73.879997 | 74.529999 | 73.07 | 74.169998 | 74.169998 | 664100 |
| 11/7/2016 | 75.019997 | 76.379997 | 74.93 | 76.190002 | 76.190002 | 457400 |
| 11/8/2016 | 77.160004 | 79.650002 | 76.269997 | 77.839996 | 77.839996 | 1271900 |
| 11/9/2016 | 77.230003 | 80.879997 | 77.010002 | 79.279999 | 79.279999 | 1144100 |
| 11/10/2016 | 80.169998 | 81.199997 | 79.330002 | 80.629997 | 80.629997 | 900500 |
| 11/11/2016 | 80.269997 | 81.690002 | 79.970001 | 81.610001 | 81.610001 | 362600 |
| 11/14/2016 | 82.050003 | 85.18 | 81.650002 | 85.110001 | 85.110001 | 834500 |
| 11/15/2016 | 84.709999 | 85.879997 | 84.470001 | 85.139999 | 85.139999 | 706800 |
| 11/16/2016 | 85.099998 | 85.690002 | 84.110001 | 84.629997 | 84.629997 | 430400 |
| 11/17/2016 | 84.790001 | 85.5 | 84.550003 | 85.199997 | 85.199997 | 332600 |
| 11/18/2016 | 85.190002 | 85.900002 | 85.040001 | 85.480003 | 85.480003 | 289800 |
| 11/21/2016 | 85.949997 | 86.309998 | 85.5 | 85.730003 | 85.730003 | 364300 |
| 11/22/2016 | 85.989998 | 86.230003 | 85.370003 | 85.760002 | 85.760002 | 252700 |
| 11/23/2016 | 85.809998 | 86.690002 | 85.300003 | 86.550003 | 86.550003 | 193000 |
| 11/25/2016 | 86.68 | 88.25 | 86.160004 | 87.949997 | 87.949997 | 151600 |
| 11/28/2016 | 87.699997 | 87.699997 | 86.160004 | 87.300003 | 87.300003 | 338100 |
| 11/29/2016 | 86.93 | 87.809998 | 86.839996 | 86.919998 | 86.919998 | 287800 |
| 11/30/2016 | 87.150002 | 87.150002 | 85.330002 | 85.330002 | 85.330002 | 329800 |
| 12/1/2016 | 85.769997 | 86.910004 | 85.32 | 85.739998 | 85.739998 | 308900 |
| 12/2/2016 | 85.669998 | 86.870003 | 85.220001 | 86.629997 | 86.629997 | 224500 |
| 12/5/2016 | 87 | 87.870003 | 86.720001 | 87.690002 | 87.690002 | 311000 |
| 12/6/2016 | 87.230003 | 89.389999 | 87.040001 | 88.959999 | 88.959999 | 344800 |
| 12/7/2016 | 88.949997 | 88.949997 | 87.860001 | 87.989998 | 87.989998 | 252800 |
| 12/8/2016 | 88.5 | 88.980003 | 86.709999 | 87.160004 | 87.160004 | 323500 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 12/9/2016 | 87.370003 | 88.550003 | 87.120003 | 87.879997 | 87.879997 | 427500 |
| 12/12/2016 | 85.93 | 87.290001 | 82.440002 | 87.279999 | 87.279999 | 556300 |
| 12/13/2016 | 87.889999 | 87.889999 | 86.379997 | 86.599998 | 86.599998 | 307500 |
| 12/14/2016 | 86.589996 | 87.089996 | 84.980003 | 86.400002 | 86.400002 | 249200 |
| 12/15/2016 | 86.389999 | 87.480003 | 85.730003 | 86 | 86 | 286600 |
| 12/16/2016 | 86.139999 | 87.730003 | 86.139999 | 86.75 | 86.75 | 698800 |
| 12/19/2016 | 86.510002 | 87.690002 | 86.510002 | 87.330002 | 87.330002 | 410200 |
| 12/20/2016 | 87.580002 | 87.900002 | 86.669998 | 87.300003 | 87.300003 | 532900 |
| 12/21/2016 | 87.290001 | 87.730003 | 86.690002 | 86.970001 | 86.970001 | 224900 |
| 12/22/2016 | 86.5 | 87.790001 | 86.400002 | 87.379997 | 87.379997 | 309800 |
| 12/23/2016 | 87.410004 | 87.809998 | 86.160004 | 87.480003 | 87.480003 | 153100 |
| 12/27/2016 | 87.889999 | 88.370003 | 87.489998 | 88.220001 | 88.220001 | 213000 |
| 12/28/2016 | 88.099998 | 88.459999 | 87.290001 | 87.839996 | 87.839996 | 405100 |
| 12/29/2016 | 87.760002 | 88.589996 | 87.650002 | 88.459999 | 88.459999 | 288200 |
| 12/30/2016 | 88.75 | 88.75 | 87.57 | 87.730003 | 87.730003 | 412500 |
| 1/3/2017 | 87.919998 | 89.800003 | 87.760002 | 89.610001 | 89.610001 | 657800 |
| 1/4/2017 | 90 | 91.360001 | 89.919998 | 90.25 | 90.25 | 674300 |
| 1/5/2017 | 90.169998 | 91.129997 | 89.849998 | 90.059998 | 90.059998 | 285900 |
| 1/6/2017 | 90.150002 | 90.43 | 89.480003 | 90.110001 | 90.110001 | 232900 |
| 1/9/2017 | 89.900002 | 90.029999 | 88.209999 | 88.800003 | 88.800003 | 494100 |
| 1/10/2017 | 89 | 89.949997 | 88.830002 | 89.870003 | 89.870003 | 424900 |
| 1/11/2017 | 89.959999 | 90.389999 | 88.419998 | 88.82 | 88.82 | 492000 |
| 1/12/2017 | 88.629997 | 89.190002 | 87.93 | 89.059998 | 89.059998 | 300100 |
| 1/13/2017 | 89.220001 | 89.769997 | 88.739998 | 88.970001 | 88.970001 | 202000 |
| 1/17/2017 | 88.260002 | 88.43 | 87.110001 | 87.639999 | 87.639999 | 239000 |
| 1/18/2017 | 87.830002 | 88.489998 | 87.139999 | 87.32 | 87.32 | 198200 |
| 1/19/2017 | 88.160004 | 89.25 | 88 | 88.830002 | 88.830002 | 423300 |
| 1/20/2017 | 88.959999 | 89.419998 | 87.699997 | 88.150002 | 88.150002 | 196100 |
| 1/23/2017 | 88.459999 | 88.550003 | 87.25 | 88.459999 | 88.459999 | 212400 |
| 1/24/2017 | 88.290001 | 89.669998 | 86.949997 | 88.669998 | 88.669998 | 241300 |
| 1/25/2017 | 88.779999 | 89.080002 | 87.989998 | 88.160004 | 88.160004 | 295200 |
| 1/26/2017 | 88.230003 | 88.919998 | 87.410004 | 87.760002 | 87.760002 | 246100 |
| 1/27/2017 | 87.68 | 88.75 | 87.610001 | 87.800003 | 87.800003 | 263600 |
| 1/30/2017 | 87.360001 | 87.43 | 86.43 | 87.25 | 87.25 | 350900 |
| 1/31/2017 | 86.839996 | 87.239998 | 85.510002 | 86.949997 | 86.949997 | 325000 |
| 2/1/2017 | 87.300003 | 87.75 | 86.620003 | 87.339996 | 87.339996 | 283800 |
| 2/2/2017 | 87.010002 | 87.330002 | 85.910004 | 86.82 | 86.82 | 308400 |
| 2/3/2017 | 87.199997 | 88.449997 | 87.199997 | 88.129997 | 88.129997 | 241300 |
| 2/6/2017 | 88.029999 | 89.050003 | 88.029999 | 88.169998 | 88.169998 | 221300 |
| 2/7/2017 | 88.25 | 88.720001 | 87.889999 | 88.209999 | 88.209999 | 130400 |
| 2/8/2017 | 88.029999 | 88.290001 | 87.080002 | 87.279999 | 87.279999 | 239000 |
| 2/9/2017 | 87.410004 | 88.519997 | 87.410004 | 87.629997 | 87.629997 | 428500 |
| 2/10/2017 | 88 | 89.379997 | 87.919998 | 89.07 | 89.07 | 352000 |
| 2/13/2017 | 89.290001 | 89.959999 | 88.910004 | 89.050003 | 89.050003 | 314300 |
| 2/14/2017 | 88.599998 | 89.169998 | 88.389999 | 89.150002 | 89.150002 | 157900 |
| 2/15/2017 | 89.110001 | 89.410004 | 88.599998 | 89.110001 | 89.110001 | 233300 |
| 2/16/2017 | 89.110001 | 89.419998 | 87.720001 | 89.370003 | 89.370003 | 192000 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 2/17/2017 | 89.349998 | 89.540001 | 88.82 | 89.519997 | 89.519997 | 181200 |
| 2/21/2017 | 89.489998 | 91.300003 | 89.18 | 91.220001 | 91.220001 | 276500 |
| 2/22/2017 | 91.139999 | 91.989998 | 90.599998 | 91.82 | 91.82 | 346800 |
| 2/23/2017 | 91.660004 | 91.779999 | 90.129997 | 90.43 | 90.43 | 223200 |
| 2/24/2017 | 89.739998 | 91.879997 | 89.730003 | 91.849998 | 91.849998 | 279900 |
| 2/27/2017 | 91.529999 | 93.589996 | 90.940002 | 93.510002 | 93.510002 | 532200 |
| 2/28/2017 | 94.019997 | 94.730003 | 92.349998 | 92.419998 | 92.419998 | 752900 |
| 3/1/2017 | 93.599998 | 94.790001 | 93.580002 | 94.610001 | 94.610001 | 304300 |
| 3/2/2017 | 94.620003 | 94.970001 | 94.150002 | 94.209999 | 94.209999 | 338500 |
| 3/3/2017 | 94.150002 | 94.75 | 94.150002 | 94.459999 | 94.459999 | 243400 |
| 3/6/2017 | 94.150002 | 94.860001 | 93.709999 | 94.730003 | 94.730003 | 178600 |
| 3/7/2017 | 94.050003 | 95.139999 | 93.029999 | 94.559998 | 94.559998 | 423500 |
| 3/8/2017 | 93.800003 | 97.769997 | 93.75 | 96.82 | 96.82 | 781800 |
| 3/9/2017 | 98.900002 | 99.980003 | 97.629997 | 99.339996 | 99.339996 | 552000 |
| 3/10/2017 | 99.43 | 99.980003 | 98.25 | 99.470001 | 99.470001 | 430800 |
| 3/13/2017 | 99.5 | 99.800003 | 98.919998 | 99.739998 | 99.739998 | 247800 |
| 3/14/2017 | 99.470001 | 100.150002 | 99.260002 | 100.059998 | 100.059998 | 245100 |
| 3/15/2017 | 100.07 | 102.07 | 100.07 | 101.459999 | 101.459999 | 461700 |
| 3/16/2017 | 102.52 | 102.519997 | 101.080002 | 101.190002 | 101.190002 | 277900 |
| 3/17/2017 | 101.2 | 102.720001 | 101.139999 | 102.110001 | 102.110001 | 585200 |
| 3/20/2017 | 102.02 | 102.360001 | 100.529999 | 100.690002 | 100.690002 | 285300 |
| 3/21/2017 | 100.81 | 101.480003 | 98.629997 | 99.279999 | 99.279999 | 417400 |
| 3/22/2017 | 99.160004 | 99.620003 | 98.709999 | 99.540001 | 99.540001 | 263000 |
| 3/23/2017 | 99.540001 | 99.940002 | 98.790001 | 98.919998 | 98.919998 | 227900 |
| 3/24/2017 | 98.980003 | 99.440002 | 97.400002 | 97.760002 | 97.760002 | 304900 |
| 3/27/2017 | 96.550003 | 97.93 | 95.889999 | 97.480003 | 97.480003 | 291900 |
| 3/28/2017 | 97.290001 | 99.099998 | 97.080002 | 98.839996 | 98.839996 | 229600 |
| 3/29/2017 | 98.669998 | 98.839996 | 97.949997 | 98.379997 | 98.379997 | 198400 |
| 3/30/2017 | 98.480003 | 99.82 | 98.480003 | 99.309998 | 99.309998 | 300500 |
| 3/31/2017 | 99.169998 | 99.169998 | 97.910004 | 98 | 98 | 233900 |
| 4/3/2017 | 98 | 98.489998 | 96.470001 | 97.150002 | 97.150002 | 267000 |
| 4/4/2017 | 97.089996 | 98.150002 | 96.75 | 97.160004 | 97.160004 | 248200 |
| 4/5/2017 | 97.489998 | 97.900002 | 96.110001 | 96.190002 | 96.190002 | 255900 |
| 4/6/2017 | 96.370003 | 96.660004 | 95.889999 | 96.25 | 96.25 | 202900 |
| 4/7/2017 | 96.800003 | 99 | 96.519997 | 98.589996 | 98.589996 | 393900 |
| 4/10/2017 | 99 | 99.080002 | 97.699997 | 97.919998 | 97.919998 | 197300 |
| 4/11/2017 | 97.739998 | 98.099998 | 97.190002 | 97.489998 | 97.489998 | 396300 |
| 4/12/2017 | 97.540001 | 98.07 | 95.949997 | 96.489998 | 96.489998 | 319000 |
| 4/13/2017 | 96.5 | 97.809998 | 95.220001 | 95.309998 | 95.309998 | 215100 |
| 4/17/2017 | 95.830002 | 97.139999 | 95.099998 | 96.870003 | 96.870003 | 226000 |
| 4/18/2017 | 96.489998 | 97.269997 | 94.889999 | 97.080002 | 97.080002 | 330600 |
| 4/19/2017 | 97.580002 | 97.709999 | 96.529999 | 96.769997 | 96.769997 | 203700 |
| 4/20/2017 | 97.129997 | 98.160004 | 96.269997 | 97.93 | 97.93 | 217000 |
| 4/21/2017 | 98.379997 | 98.379997 | 97.260002 | 97.279999 | 97.279999 | 161100 |
| 4/24/2017 | 98.779999 | 99.139999 | 98.260002 | 98.510002 | 98.510002 | 172000 |