UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| STEVEN KNURR, *Individually and on Behalf of All Others Similarly Situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>ORBITAL ATK, INC., *et al.*,<br><br>*Defendants*. | No. 1:16-cv-01031-TSE-MSN |

## CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

PURSUANT TO Federal Civil Rule 26, Lead Plaintiff moves the Court to enter the attached proposed *Stipulated Protective Order* to govern the use and handling of confidential discovery materials during this litigation. Defendants consent to the entry of the attached proposed order.

*The parties do not request oral argument on this consent motion.*

Dated: April 5, 2018

                                              */s/ Craig C. Reilly*
                                              Craig C. Reilly, Esq. (VSB # 20942)
                                              111 Oronoco Street
                                              Alexandria, Virginia 22314
                                              TEL (703) 549-5354
                                              FAX (703) 549-5355
                                              EMAIL craig.reilly@ccreillylaw.com
                                              *Liaison Counsel for Lead Plaintiff*

*Lead Counsel for Lead Plaintiff:*

ROBBINS GELLER RUDMAN
      & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
      & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users:

        */s/ Craig C. Reilly*
        Craig C. Reilly, Esq.
        VSB # 20942
        111 Oronoco Street
        Alexandria, Virginia 22314
        TEL (703) 549-5354
        FAX (703) 549-5355
        EMAIL craig.reilly@ccreillylaw.com
        *Liaison Counsel for Lead Plaintiff*