UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORBITAL ATK, INC., et al.,<br><br>Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN |

## **ORDER**

THIS MATTER COMES BEFORE THE COURT on the motion of Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis and Named Plaintiff Wayne County Employees' Retirement System (collectively, "Plaintiffs") for an Order compelling the production of documents and information from Defendants Orbital ATK, Inc. ("Orbital ATK"), David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis M. Thompson (collectively, "Defendants"), and upon consideration of the papers and arguments in this case, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED** and that Defendants:

1. produce Internal Investigation-related documents responsive to Plaintiffs' First Request for Production of Documents ("RFP") to Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis M. Thompson, *e.g.*, No. 16,[1] including documents that provide the basis for the publicly disclosed Internal Investigation findings, including witness interview memoranda, reports summarizing the Internal Investigation's findings, and any

---

[1] Plaintiffs further seek to compel responses to RFP Nos. 17-18, 20, 23, 26 to the extent that Defendants are withholding responsive information related to the Internal Investigation.

documents gathered in connection with the Internal Investigation that existed prior to its commencement;

      2.      supplement information responsive to Plaintiffs' First Set of Interrogatories (Nos. 1-15) to Defendant Orbital ATK, Inc., Nos. 8 and 12(c); and

      3.      provide a witness to testify as to Topic 1 of Plaintiffs' Notice of Federal Rule of Civil Procedure 30(b)(6) Deposition of Orbital ATK, Inc., and any other topic upon which Defendants intend to withhold testimony regarding the Internal Investigation, and it is further **ORDERED** that Defendants shall produce documents in response to Plaintiffs' Memorandum of Law in Support of Their Motion to Compel Production of Certain Internal Investigation-Related Documents from Defendants.

      ENTERED this _____ day of _____ 2018.

Alexandria, Virginia

                                              MICHAEL S. NACHMANOFF
                                       UNITED STATES MAGISTRATE JUDGE