IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEVEN KNURR, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil No. 1:16-cv-1031-TSE-MSN |
| ORBITAL ATK, INC., *et al.*, ) | |
| Defendants. ) | |

## **ORDER**

This matter comes before the Court on Plaintiffs' Motion to Compel Against Defendant DeYoung (Dkt. No. 144) and Plaintiffs' Motion to Compel Orbital Defendants re: Interrogatory Nos. 1 and 3 (Dkt. No. 146). Based upon the representation of Plaintiffs' counsel that the above-referenced matters have been resolved, it is hereby

ORDERED that Plaintiffs' Motion to Compel Against Defendant DeYoung (Dkt. No. 144) and Plaintiffs' Motion to Compel Orbital Defendants re: Interrogatory Nos. 1 and 3 (Dkt. No. 146) are DENIED as moot.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

May 4, 2018
Alexandria, Virginia