UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORBITAL ATK, INC., *et al.*,<br><br>Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br><u>CLASS ACTION</u> |

## ORDER

THIS MATTER COMES BEFORE THE COURT on the motion of Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis and Named Plaintiff Wayne County Employees' Retirement System (collectively, "Plaintiffs") for an Order compelling the production of documents from Defendants Orbital ATK, Inc. ("Orbital ATK"), David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis M. Thompson (collectively, "Defendants"), and upon consideration of the papers and arguments in this case, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED** and [that Defendants produce all documents currently withheld as privileged] or [that Defendants produce all documents in compliance with the Court's May 4, 2018 order [ECF No. 165] and to produce all documents relating to their Internal Investigation currently withheld as privileged], and it is further **ORDERED** that Defendants shall produce documents in response to Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Compel Defendants' Compliance with the Court's May 4, 2018 Order and Production of All Purportedly Privilege Documents.

2

ENTERED this _____ day of _____ 2018.

Alexandria, Virginia

                                                MICHAEL S. NACHMANOFF
                                        UNITED STATES MAGISTRATE JUDGE