# EXHIBIT A

**Filed Under Seal Pursuant to the Stipulated Protective Order [ECF No. 125]**