UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| STEVEN KNURR, *Individually and on Behalf of All Others Similarly Situated*, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) No. 1:16-cv-01031-TSE-MSN |
| ORBITAL ATK, INC., *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) |

## MOTION TO SEAL

PURSUANT TO Local Civil Rule 5(C), Lead Plaintiff moves for leave to file a redacted brief and redacted exhibits (Doc. 175) under seal (***filed under seal as*** Doc. 176). The grounds and reasons for granting this relief are stated with particularity in the accompanying brief.

Respectfully submitted, this 15th day of June 2018.

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
T: 703/549-5354
F: 703/549-5355
E: craig.reilly@ccreillylaw.com
*Liaison Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
JAMES E. BARZ
FRANK RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MAUREEN E. MUELLER
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
JOHN C. HERMAN
PETER M. JONES
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
*Lead Counsel for Plaintiff*

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
*Additional Counsel for Plaintiff Wayne County
Employees' Retirement System*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2018, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

                                           */s/  Craig C. Reilly*
                                           Craig C. Reilly (VSB # 20942)
                                           111 Oronoco Street
                                           Alexandria, Virginia 22314
                                           T:  703/549-5354
                                           F: 703/549-5355
                                           E: craig.reilly@ccreillylaw.com
                                           *Liaison Counsel for Lead Plaintiff*