UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| STEVEN KNURR, *Individually and on Behalf of All Others Similarly Situated*, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) No. 1:16-cv-01031-TSE-MSN |
| ORBITAL ATK, INC., *et al.*, | ) ) ) |
| *Defendants.* | ) ) ) |

**ORDER TO SEAL**

PURSUANT TO Local Civil Rule 5(C), Lead Plaintiff moves for leave to file a redacted brief and redacted exhibits (Doc. 175) under seal (***filed under seal as*** Doc. 176).  Based on the record, the Court finds: that sufficient notice has been given; that the redacted information constitutes Defendants' confidential information; that public disclosure of this information would cause harm to Defendants; that the public's right of access, whether based on the common law or the First Amendment, has been overcome by Defendants' showing of harm; and that only sealing will sufficiently protect Defendants from harm.  Accordingly, it is hereby

ORDERED that the motion to seal is GRANTED and these materials shall remain under seal until further order of the Court.

ENTERED this ____ day of June 2018.

Alexandria, Virginia

_____
Michael S. Nachmanoff
United States Magistrate Judge