IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| STEVEN KNURR, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:16-cv-01031-TSE-MSN |
| | ) | |
| v. | ) | CLASS ACTION |
| | ) | |
| ORBITAL ATK, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR CLARIFICATION OF THE COURT'S MAY 4, 2018 ORDER OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER, OF DEFENDANTS ORBITAL ATK, INC., DAVID W. THOMPSON, GARRETT E. PIERCE, BLAKE E. LARSON, AND HOLLIS THOMPSON**

Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis Thompson (collectively, "Defendants"), by and through their undersigned counsel, respectfully request this Court grant Defendants relief in connection with the Court's May 4, 2018 Order, which covered "witness interview reports," and did not cover attorney "notes," "drafts," material prepared by the Company's outside auditors on the employee interviews, or any other material relating to the investigation that Plaintiffs are now demanding.

Given that Plaintiffs are demanding that Defendants produce all of the foregoing, and Plaintiffs also mistakenly insist that the May 4, 2018 Order compels their production, Defendants respectfully request that the Court either issue an order clarifying the scope of its May 4 Order and/or issue an order, pursuant to Fed. R. Civ. P. 26(c)(1), preventing Plaintiffs from discovering the protected materials at issue (or any other investigation material over which Defendants are

claiming attorney-client privilege and/or work product protection, apart from the "witness interview reports" referenced in the May 4 Order).

The grounds for this Motion are set forth in the accompanying Memorandum of Law. The undersigned certifies that a good faith effort was made to narrow or resolve the issues set forth in this Motion in accordance with the Local Civil Rules.

Dated: June 15, 2018

Respectfully submitted,

**SHEARMAN & STERLING**

*/s/ Lyle Roberts*

Lyle Roberts (Va. Bar No. 45808)
George Anhang (*pro hac vice*)
401 9th Street, N.W.
Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
lyle.roberts@shearman.com
george.anhang @shearman.com

Daniel C. Lewis (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
daniel.lewis@shearman.com

*Counsel for Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis Thompson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June 2018, a true and correct copy of the foregoing was served via CM/ECF filing on all counsel of record.

*/s/ Lyle Roberts*

Lyle Roberts (Va. Bar No. 45808)
401 9th Street, N.W.
Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
lyle.roberts@shearman.com

*Counsel for Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson and Hollis Thompson*