UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

| | |
|---|---|
| STEVEN KNURR, *Individually and on Behalf of All Others Similarly Situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>ORBITAL ATK, INC., *et al.*,<br><br>*Defendants*. | No. 1:16-cv-01031-TSE-MSN |

## NOTICE OF FILING OF MOTION TO SEAL

PURSUANT TO Local Civil Rule 5, Lead Plaintiff has moved for leave to file a redacted brief (Doc. 190) under seal (***filed under seal as*** Doc. 191).  Any party or non-party may file a memorandum in support of, or in opposition to this sealing motion, which memorandum may be treated as confidential.  If after seven (7) days, no objection has been filed, the Court may treat the motion as uncontested.

Respectfully submitted, this 20th day of June 2018.

                                               */s/  Craig C. Reilly*
                                               Craig C. Reilly (VSB # 20942)
                                               111 Oronoco Street
                                               Alexandria, Virginia 22314
                                               T:  703/549-5354
                                               F: 703/549-5355
                                               E: craig.reilly@ccreillylaw.com
                                               *Liaison Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

2

ROBBINS GELLER RUDMAN
& DOWD LLP
JAMES E. BARZ
FRANK RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
MAUREEN E. MUELLER
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
JOHN C. HERMAN
PETER M. JONES
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
*Lead Counsel for Plaintiff*

VANOVERBEKE MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
*Additional Counsel for Plaintiff Wayne County Employees' Retirement System*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2018, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

>   */s/ Craig C. Reilly*
>   Craig C. Reilly (VSB # 20942)
>   111 Oronoco Street
>   Alexandria, Virginia 22314
>   T: 703/549-5354
>   F: 703/549-5355
>   E: craig.reilly@ccreillylaw.com
>   *Liaison Counsel for Lead Plaintiff*