# Exhibit 6

Filed Under Seal Pursuant to the Stipulated Protective Order [ECF No. 125]