IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN KNURR, et al., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:16-cv-01031-TSE-MSN |
| ) | |
| v. ) | <u>CLASS ACTION</u> |
| ) | |
| ORBITAL ATK, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO SEAL**

Pursuant to Local Civil Rule 5(C), Defendants move for leave to file a redacted brief and one redacted exhibit (Doc. #s. 194 and 195-6, respectively) under seal (filed under seal as Doc. #s 197 and 198). The grounds and reasons for granting this relief are stated with particularity in the accompanying brief.

Dated: June 20, 2018
Washington, DC

Respectfully submitted,

**SHEARMAN & STERLING**

 */s/ Lyle Roberts*
Lyle Roberts (Va. Bar No. 45808)
George Anhang (*pro hac vice*)
401 9th Street, N.W.
Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

lyle.roberts@shearman.com
george.anhang @shearman.com

Daniel C. Lewis (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
daniel.lewis@shearman.com

*Counsel for Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2018, a true and correct copy of the foregoing was served via CM/ECF filing on all counsel of record.

        */s/ Lyle Roberts*
Lyle Roberts (Va. Bar No. 45808)
401 9th Street, N.W.
Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
lyle.roberts@shearman.com

*Counsel for Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson and Hollis Thompson*