IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN KNURR, et al., | ) |
|  | ) |
| Plaintiff, | ) Civil Action No.: 1:16-cv-01031-TSE-MSN |
|  | ) |
| v. | ) <u>CLASS ACTION</u> |
|  | ) |
| ORBITAL ATK, INC., *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**ORDER TO SEAL**

Pursuant to Local Civil Rule 5(C), Defendants moved for leave to file a redacted brief and one redacted exhibit (Doc. #s. 194 and 195-6, respectively) under seal (***filed under seal as*** Doc. #s 197 and 198). Based on the record, the Court finds sufficient notice has been given; that the redacted information constitutes Defendants' confidential information; that public disclosure of this information would cause harm to Defendants; that the public's right of access, whether based on the common law or the First Amendment, has been overcome by Defendants' showing of harm; and that only sealing will sufficiently protect Defendants from harm. Accordingly, it is hereby

ORDERED that the motion to seal is GRANTED and these materials shall remain under seal until further order of the Court.

ENTERED this _____ day of June 2018.

Alexandria, Virginia

_____
Michael S. Nachmanoff

United States Magistrate Judge