IN THE UNITED STATES DISTRICT CIRCUIT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN KNURR, et al., <br><br> Plaintiff, <br><br> v. <br><br> ORBITAL ATK, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No.: 1:16-cv-01031-TSE-MSN <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING OF MOTION TO SEAL**

Pursuant to Local Civil Rule 5, Defendants move for leave to file a redacted brief and one redacted exhibit (Doc. #s. 194 and 195-6, respectively) under seal (***filed under seal as*** Doc. #s 197 and 198). Any party or non-party may file a memorandum in support of, or in opposition to this sealing motion, which memorandum may be treated as confidential.  If after seven (7) days, no objection has been filed, the Court may treat the motion as uncontested.

Dated:  June 20, 2018
        Washington, DC

                                       Respectfully submitted,

                                       S<small>HEARMAN</small> & S<small>TERLING</small>

                                       */s/ Lyle Roberts*
                                       Lyle Roberts (Va. Bar No. 45808)
                                       George Anhang (*pro hac vice*)
                                       401 9th Street, N.W.
                                       Suite 800
                                       Washington, DC 20004
                                       Telephone: (202) 508-8000
                                       Facsimile: (202) 508-8100

lyle.roberts@shearman.com
george.anhang @shearman.com

Daniel C. Lewis (*pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
daniel.lewis@shearman.com

*Counsel for Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson, and Hollis Thompson*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2018, a true and correct copy of the foregoing was served via CM/ECF filing on all counsel of record.

       /s/ Lyle Roberts
Lyle Roberts (Va. Bar No. 45808)
401 9th Street, N.W.
Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
lyle.roberts@shearman.com

*Counsel for Defendants Orbital ATK, Inc., David W. Thompson, Garrett E. Pierce, Blake E. Larson and Hollis Thompson*