UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ORBITAL ATK, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br>CLASS ACTION |

**DECLARATION OF CRAIG C. REILLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Craig C. Reilly, declare as follows:

1. I am liaison counsel for Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis and Named Plaintiff Wayne County Employees' Retirement System ("Plaintiffs") in the above-referenced action.

2. I make this declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached are true and correct copies of the following exhibits:

    Exhibit A: Declaration of Steven P. Feinstein, PH.D., CFA, dated June 22, 2018;

    Exhibit B: Orbital Sciences Corporation, Current Report (Form 8-K) (Jan. 27, 2015);

    Exhibit C: Orbital ATK's Responses to Plaintiffs' First Set of Requests for Admission, dated May 4, 2018;

| | |
|---|---|
| Exhibit D: | Declaration of Don Willey on Behalf of Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis in Support of Plaintiffs' Motion for Class Certification; |
| Exhibit E: | Declaration of Gerard Grysko on Behalf of Named Plaintiff Wayne County Employees' Retirement System in Support of Plaintiffs' Motion for Class Certification; and |
| Exhibit F: | Robbins Geller Rudman & Dowd firm resume. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2018, at Alexandria, Virginia.

THE OFFICE OF CRAIG C. REILLY
CRAIG C. REILLY, VSB #20942

*CCR*

CRAIG C. REILLY

111 Oronoco Street
Alexandria, VA  22314
Telephone:  703/549-5354
703/549-2604 (fax)
craig.reilly@ccreillylaw.com

*Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2018, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users:

      */s/ Craig C. Reilly*
      Craig C. Reilly, Esq.
      VSB # 20942
      111 Oronoco Street
      Alexandria, Virginia 22314
      TEL (703) 549-5354
      FAX (703) 549-5355
      EMAIL craig.reilly@ccreillylaw.com
      *Liaison Counsel for Lead Plaintiff*