UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>ORBITAL ATK, INC., *et al.*,<br><br>  Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION TO COMPEL DELOITTE LLP WORKPAPERS**

Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis and Named Plaintiff Wayne County Employees' Retirement System ("Plaintiffs") bring this motion to compel Orbital ATK, Inc. ("Company") and non-party Deloitte, LLP ("Deloitte") to produce the unknown number of Deloitte workpapers responsive to Plaintiffs' document requests to Deloitte that have been withheld from production or produced in a redacted form based on an assertion of privilege by the Company for which there is no privilege log. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law. A proposed order is submitted herewith.

The undersigned certifies that a good faith effort was made to resolve the issues set forth in this Motion in accordance with Local Civil Rules 7(E) and 37(E).

DATED:  June 25, 2018                       THE OFFICE OF CRAIG C. REILLY
                                            CRAIG C. REILLY, VSB #20942


                                            _____*/s/ Craig C. Reilly*_____
                                                   CRAIG C. REILLY

                                            111 Oronoco Street
                                            Alexandria, VA  22314
                                            Telephone:  703/549-5354
                                            703/549-2604 (fax)
                                            craig.reilly@ccreillylaw.com

                                            *Liaison Counsel*

                                            ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                            SAMUEL H. RUDMAN
                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)

                                            ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                            JAMES E. BARZ
                                            FRANK RICHTER
                                            200 South Wacker Drive, 31st Floor
                                            Chicago, IL  60606
                                            Telephone:  312/674-4674
                                            312/674-4676 (fax)

                                            ROBBINS GELLER RUDMAN
                                               & DOWD LLP
                                            JOHN C. HERMAN
                                            PETER M. JONES
                                            Monarch Tower, Suite 1650
                                            3424 Peachtree Road, N.E.
                                            Atlanta, GA  30326
                                            Telephone:  404/504-6500
                                            404/504-6501 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

*Lead Counsel for Plaintiff*

VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

*Additional Counsel for Plaintiff Wayne County Employees' Retirement System*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2018, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users and the following counsel for Deloitte, LLP:

>Michael D. Warden, Esq.
>Sidley Austin LLP
>1501 K Street, N.W.
>Suite 600
>Washington, D.C. 20005
>mwarden@sidely.com

>*/s/ Craig C. Reilly*
>Craig C. Reilly, Esq.
>VSB # 20942
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-5355
>EMAIL craig.reilly@ccreillylaw.com
>
>*Liaison Counsel for Lead Plaintiff*