# EXHIBIT 5

*Knurr v. Orbital ATK, et al.*, 16-cv-1031-TSE-MSN (E.D. Va)
Deloitte & Touche LLP Privilege Log
June 13, 2018

| Production Bates Range | Control Number | Redacted/ Withheld | Entity Asserting Privilege | Privilege | Date | Author | Description |
|---|---|---|---|---|---|---|---|
| DT00005670 – DT00005673 | AS2_Workpapers- 00206474 | Redacted | Deloitte & Touche LLP | Attorney Client Privileged | 4/7/2017 | Barnhart, Matt | Reflecting communications with counsel regarding document retention process |

CONFIDENTIAL

DT00005838