# Exhibit A

Attachment to Plaintiffs'
April 23, 2018 Proposal

**Custodians**

1. David Thompson
2. Garrett Pierce
3. Blake Larson
4. Hollis Thompson
5. Mark DeYoung
6. Kenneth Sharp
7. Barron Beneski
8. Wayde Heirigs
9. Neal Cohen
10. Thomas Sexton
11. Michael Kahn
12. John Casper
13. Debbie Larson
14. Kent Holiday
15. Andrew Crickenberger
16. Gary DiSalvo
17. Doug Lien
18. Mike Pugliese
19. Brian Snow
20. Gail Overly
21. Cindy Jones
22. Kevin Bristow
23. Jay Tibbets
24. Chris Voci
25. Greg Jones
26. Thomas McCabe
27. Antonio Elias
28. Edward Fortunato
29. Jack Figg
30. Douglas Maine
31. Jim Nichols
32. Bob Schmitz
33. Ronald Johnson
34. Stephen Nolan
35. Greg Goff
36. Tim Hein
37. Scott Aeilts
38. Ryan Sack
39. John Picek
40. Karen Davies
41. Stacey Schmidt
42. Steve Becker
43. Scott Swan
44. Devan Brown
45. Bryan Buckland
46. Kim ("Holly") Krawczyk
47. Pat O'Brien

48. Christine Atkinson