# Exhibit B

Attachment to Plaintiffs'
April 23, 2018 Proposal

| Term | Connector | Term |
|---|---|---|
| "project blue" | | |
| "internal investigation" | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR accounting OR "forward loss" or "fwd loss") |
| "management* review*" | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR accounting OR "forward loss" or "fwd loss") |
| "Internal Audit" | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (overstat* OR understat*) | W/5 | (profit* OR revenue* OR cost* OR margin* OR earning* OR receivable* OR liabilities OR income) |
| restatement OR restate | | |
| (W52P1J12D0078 OR "W52P1J-12-D-0078" OR "W52P1J11R0063" OR "W52P1J-11-R-0063") | | |
| ("Lake City" or LCAAP or LC) | | |
| "Vision 2022" | | |
| "prime contract" | | |
| ("small cal*" or "small-cal*") | | |
| (SEC or Commission or "securities exchange") | W/5 | (inquir* OR investig* OR subpoena OR risk OR hearing OR interview OR depo* OR statement OR testi* OR probe OR probing OR examin* OR audit* OR interrogat* OR question* OR subpoena* OR request* OR call* OR letter OR communicat* OR correspond*) |
| (Investig* OR "pass muster" OR "won't accept" OR "not accept*" OR unacceptable OR scrutin* OR probe OR probing OR pressur* OR "off our back" OR excuses OR "don't tell" OR "don't give") | W/5 | (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc OR corporate OR management OR Mark OR DeYoung OR Thompson OR Dave OR David OR Pierce OR Garrett OR Hollis OR Larson OR Blake) |

| | | |
|---|---|---|
| (Investig* OR "pass muster" OR "won't accept" OR "not accept*" OR unacceptable OR audit OR scrutin* OR probe OR probing OR pressur*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| "watch out" OR fraud OR illegal OR improper OR hide OR corrupt OR lie OR lying OR violat* OR hide OR hiding OR secret OR conceal* OR suppres* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif* OR wrongdoing or "wrong doing" or coverup or "cover up" OR "inappropriate conduct" OR "acted inappropriately" OR disturbing OR impossible OR "big problem" OR "big issue" OR "significant difference" OR "significant gap" OR "taking a hit" OR "took a hit" OR "low probability" OR irreconcilable OR unreal OR aggressive OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR "not ethical" OR unethical OR "our interest*" | | |
| ("watch out" OR fraud OR careful OR illegal OR improper OR hide OR corrupt OR lie OR lying OR problem OR violat* OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret OR conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif* OR wrongdoing or "wrong doing" or coverup or "cover up" OR "inappropriate conduct" OR "acted inappropriately" OR disturbing OR impossible OR "big issue" OR "significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR negative OR "low probability" OR irreconcilable OR unreal OR aggressive OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR ethical OR critical OR "our interest") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |

| | | |
|---|---|---|
| ("watch out" OR fraud OR careful OR illegal OR improper OR hide OR corrupt OR lie OR lying OR problem OR violat* OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret OR conceal* OR suppres* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif* OR wrongdoing or "wrong doing" or coverup or "cover up" OR "inappropriate conduct" OR "acted inappropriately" OR disturbing OR impossible OR "big issue" OR "significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR negative OR "low probability" OR irreconcilable OR unreal OR aggressive OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR ethical OR critical OR "our interest") | AND | (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| ("watch out" OR fraud OR careful OR illegal OR improper OR hide OR corrupt OR lie OR lying OR problem OR violat* OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret OR conceal* OR suppres* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif* OR wrongdoing or "wrong doing" or coverup or "cover up" OR "inappropriate conduct" OR "acted inappropriately" OR disturbing OR impossible OR "big issue" OR "significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR negative OR "low probability" OR irreconcilable OR unreal OR aggressive OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR ethical OR critical OR "our interest") | AND | (bid* OR "Project Vista" OR Merger OR "Project wilson" or Project Gopher" or "Acadia" or "Denali" or "Ozark") |
| (suppress* or escalat* or concern*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (shit OR bullsh* OR screwed OR fuck*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |

| | | |
|---|---|---|
| pressur* | W/10 | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (Mark OR DeYoung OR Thompson OR David OR Dave OR Pierce OR Garrett OR Hollis OR Blake OR Larson) | W/10 | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| scrub | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| ((Estimat* OR histor* OR project* OR current) W/5 (cost*)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| ((Estimat* OR histor* OR project* OR current) W/5 (chang*)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (EAC OR "Estimate at Completion") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (profit* or PM or margin) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (ITD OR "Inception to Date") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |

| | | |
|---|---|---|
| (budget* OR overbudget* OR over-budget* OR "over budget*") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (bid* OR RFP OR propos* OR solicit* OR "must win" OR BAFO OR "best offer" OR "final offer" OR "best and final") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| model* | AND | ("forward loss" OR "fwd loss" OR "LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| general and administrative and cost* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| "G&A" and cost* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (loss* OR cushion) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| ("management reserv*" OR MR OR "mgmt reserv*" OR "management risk" OR "mgmt risk") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| reconcil* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |

| | | |
|---|---|---|
| (unbill* OR "remaining to be billed") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| overbill* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (pay* OR paid OR fee OR fees OR expense* OR incentive*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (error* OR erron*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| surpris* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS or "defense system*") |
| costpoint | W/5 | implement* |
| (costpoint OR "ERP" OR "ERP system" OR "enterprise resource planning") | AND | (problem* OR issue* OR Junk OR fail OR wrong OR validat* OR *adequate OR defect OR "revenue ceiling*" OR surpris* OR *accurate) |
| costpoint | W/5 | consultant |
| ("enterprise business optimization" or "bus* opp*" or EBO or "working capital efficiency" or WCE or "working cap*") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR "defense system*") |

| | | |
|---|---|---|
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR replac* OR quit* OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) AND (employ* OR work* OR job) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) | AND | Hollis OR Thompson OR PAO OR Holiday OR Kent OR Pugliese OR Snow OR Bristow OR Kahn or DiSalvo OR Casper OR DeYoung |
| (layoff* OR headcount OR "head count") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (POC OR "percentage of completion") | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| overrun* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| scorecard | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| ((cost*) W/5 (saving* OR issue* OR unmapped OR reconcil* OR problem* OR issue* OR billing OR unassigned OR unallocated OR susp* OR actual OR accurate OR inaccurate OR control* OR modif* OR chang* OR missing OR unreal OR aggressive OR *achievable OR *possible)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (stuck) w/5 (cost* or overhead) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |

| | | |
|---|---|---|
| ((inventory) W/5 (sav* OR issue* OR unmapped OR reconcil* OR problem* OR issue* OR billing OR unassigned OR unallocated OR susp* OR actual OR accurate OR inaccurate OR control* OR modif* OR chang* OR miss*)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| "soft allocation" | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| risk* | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (facilitat* W/5 (pay* OR paid)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (pric* W/5 (declin* OR low* OR reduc* OR cut*)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| "legacy approach" | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| ("internal control*" OR IC OR ICOFR) | W/5 | (weakness OR deficien* OR fail OR problem) |
| (diligence or valu* OR DD) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (*@pwc.com OR *deloitte.com OR deloitte OR "D&T" OR pwc) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) |

| | | |
|---|---|---|
| (*@alvarezandmarsal.com OR *@morganfranklin.com) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) |
| ("ASC 605" AND loss) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| ("financial statement" or "balance sheet" or "10-K" or "10-Q") AND (draft OR edit OR revis* OR chang* or notes) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) |
| (*@baml.com OR *@citi.com) | AND | (merger OR "Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) |
| ("exchange ratio" OR (equity w/2 split) OR "enterprise valu*" OR fair*) | AND | (merger OR "Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark OR ATK OR Alliant OR ORB OR "Orbital Sciences") |
| (valu* OR exchange OR ratio OR project* OR enterprise) | AND | ("Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) |
| (forecast* OR project* OR synerg* OR budget* OR estimat*) | AND | ("Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) |
| ("proxy statement" OR "joint proxy") | AND | (draft OR edit OR revis* OR chang* or notes) |
| ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) | AND | (merger OR "Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) |
| (investor* or shareholder* or stockholder* or market or SEC) | W/10 | ("talking points" OR "Q&A" OR agenda* OR call* OR script* OR notes OR meeting OR expectation*) |

| | | |
|---|---|---|
| (adj or adjust*) w/5 (rev or revenue*) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |
| (assumption* OR assume OR assuming OR forecast* or projection* OR budget* OR propos* OR bid) | W/5 | (unreal* OR aggressive) |
| (hold OR maintain OR pressure* OR need OR must) | W/5 | (EBIT OR "projected profit percentage" or "target* rate" OR 3.9*) |
| 3.9* | W/5 | (EBIT OR "projected profit percentage" or "target* rate") |
| "SOP 81-1" | | |
| control* failure* | | |
| "no control*" | | |
| marginaliz* | | |
| "unbilled cost*" OR "unbilled balance" | | |
| "just between us" | | |
| "between you and me" | | |
| (board OR BOD) | W/10 | (minute* OR agenda* or material* or deck* or present* or meet* or approv* or resolut* or call* or discuss* or package* or note*) |
| "delegation review deck" | | |
| "margin reduction" | | |
| ("break-even analysis" OR "break even analysis") | | |
| "scratch my back" | | |
| "secondary approval" | | |
| "win contract" OR "win contract at all costs" | | |
| (bid model*) OR (bid model project) | | |
| Inappropriate* | | |
| Long-term construction* | | |
| sustain* losses | | |
| volume decline* | | |
| "deal delegation" | | |
| "should be 3.9*" | | |
| "make it 3.9*" | | |
| "grey area" or "gray area" | | |

| | | |
|---|---|---|
| ((negative) W/5 (publicity OR react*)) | | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS OR merger OR "Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) |
| "red flag*" | | |
| "improper tone at the top" OR "ITATT" | | |
| "accountability adjustment*" | | |
| (negative OR adverse OR problem OR bad OR hurt OR "not good" OR cut OR reduce OR "fall short" OR miss OR eliminate*) | W/10 | (compensation OR bonus) |
| GAAP | W/10 | (misappl* OR violat* OR wrong OR inconsist* OR problem OR incorrect OR "not right") |
| (gauge w/5 weigh) OR G&W | | |
| "don't get paid enough" OR "fix it later" OR "look the other way" OR "go* to jail" OR blitz | | |
| 5.56 | w/5 | (material* or solvent or seal or waterproof) |
| ((phantom) W/5 (part* or inventor*)) | AND | ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "Vision 2022" OR "W52P1J11R0063" OR "W52P1J-11-R-0063" OR "W52P1J12D0078" OR "W52P1J-12-D-0078" OR "small cal*" OR "small-cal*" OR SCS) |