# Exhibit D

Attachment to Plaintiffs'
May 9, 2018 Proposal

| Name |
| --- |
| "project blue" |
| "internal investigation" AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS OR accounting OR "forward loss" or "fwd loss") |
| "management* review*" AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS OR accounting OR "forward loss" or "fwd loss") |
| "Internal Audit" AND ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (overstat* OR understat*) W/5 (profit* OR revenue* OR cost* OR margin* OR earning* OR receivable* OR liabilities OR income) |
| restatement OR restate |
| (W52P1J12D0078 OR "W52P1J-12-D-0078" OR "W52P1J11R0063" OR "W52P1J-11-R-0063") |
| "Vision 2022" |
| "LCAAP Contract" |
| (SEC or Commission or "securities exchange") W/3 (inquir* OR investig* OR subpoena OR risk OR hearing OR interview OR depo* OR statement OR testi* OR probe OR probing OR examin* OR interrogat* OR question* OR subpoena* OR request* OR letter OR communicat* OR correspond*) |
| ("off our back" OR excuses OR "don't tell" OR "don't give") W/5 (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc OR corporate OR management OR Mark OR DeYoung OR Thompson OR Dave OR David OR Pierce OR Garrett OR Hollis OR Larson OR Blake) |
| (Investig* OR "pass muster" OR "not accept*" OR "won't accept" OR unacceptable OR scrutin* OR probe OR probing) W/10 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |

| |
|---|
| (Investig* OR "pass muster" OR "not accept*" OR "won't accept" OR unacceptable OR scrutin* OR probe OR probing) W/10 (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc) |
| pressur* W/5 (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc OR Mark OR DeYoung OR Thompson OR Dave OR David OR Pierce OR Garrett OR Hollis OR Larson OR Blake) |
| pressur* W/5 (Mark OR DeYoung OR Thompson OR Dave OR David OR Pierce OR Garrett OR Hollis OR Larson OR Blake) |
| pressur* W/5 (corporate OR management) |
| audit W/5 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| ("watch out" OR careful OR coverup or "cover up" OR disturbing OR "big issue") AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| ("inappropriate conduct" OR "acted inappropriately") AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| ("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| aggressive AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| (fraud OR illegal OR improper OR lie OR lying OR violat*) AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| (hide OR corrupt OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret) AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |
| (conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc) |

| |
|---|
| ("watch out" OR careful OR coverup OR "cover up" OR disturbing OR "big issue") W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| ("inappropriate conduct" OR "acted inappropriately") W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| ("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| aggressive W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| (fraud OR illegal OR improper OR lie OR lying OR violat*) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| (hide OR corrupt OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| (conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark") |
| ("watch out" OR careful OR coverup or "cover up" OR disturbing OR "big issue") W/15 bid* |
| ("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) W/15 bid* |
| aggressive W/15 bid* |

| |
|---|
| (fraud OR illegal OR improper OR lie OR lying OR violat*) W/15 bid* |
| (hide OR corrupt OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret) W/15 bid* |
| (conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) W/15 bid* |
| ("watch out" OR careful OR coverup or "cover up" OR disturbing OR "big issue") W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| ("inappropriate conduct" OR "acted inappropriately") W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| ("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| aggressive W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (fraud OR illegal OR improper OR lie OR lying OR violat*) W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (hide OR corrupt OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret) W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (suppress* or escalat* or concern*) W/10 ("LC" OR "LCAAP" OR "prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (suppress* or escalat* or concern*) W/2 overrun* |
| (suppress* or escalat* or concern*) W/2 negative |

| |
|---|
| (shit OR bullsh* OR screwed OR fuck*) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| pressur* W/10 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (Mark OR DeYoung OR Thompson OR David OR Pierce OR Garrett OR Hollis OR Blake OR Larson) W/10 ("LC" OR "LCAAP" OR "Lake City") |
| (Mark OR DeYoung OR Thompson OR David OR Pierce OR Garrett OR Hollis OR Blake OR Larson) W/5 ("small cal*" OR "small-cal*" OR SCS) |
| scrub AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| ((Estimat* OR histor* OR project* OR current) W/5 (cost*)) W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract") |
| ((Estimat* OR histor* OR project* OR current) W/5 (cost*)) W/10 ("small cal*" OR "small-cal*" OR SCS) |
| ((Estimat* OR histor* OR project* OR current) W/5 (chang*)) W/10 ("LC" OR "LCAAP" OR "Lake City") |
| ((Estimat* OR histor* OR project* OR current) W/5 (chang*)) W/10 ("small cal*" OR "small-cal*" OR SCS) |
| (EAC OR "Estimate at Completion") W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (profitability or "profit rate" or "target* profit*" or "project* profit*" or "profit percentage" or PM or "profit margin*" or "target* rate") W/10 ("small cal*" OR "small-cal*" OR SCS) |
| (ITD OR "Inception to Date") AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (budget* OR overbudget* OR over-budget* OR "over budget*") W/15 ("LC" OR "LCAAP" OR "Lake City") |

| |
|---|
| (budget* OR overbudget* OR over-budget* OR "over budget*") W/10 ("small cal*" OR "small-cal*" OR SCS) |
| (bid* OR RFP OR propos* OR solicit* OR "must win" OR BAFO OR "best offer" OR "final offer" OR "best and final") W/15 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| ("forward loss" OR "fwd loss") AND ("Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| model* W/10 ("LC" OR "LCAAP" OR "Lake City") |
| model* W/10 ("small cal*" OR "small-cal*" OR SCS) |
| general and administrative and cost* AND ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| "G&A" W/5 cost* W/10 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (loss* OR cushion) AND ("LC" OR "LCAAP" OR "Lake City") |
| (loss* OR cushion) W/10 ("small cal*" OR "small-cal*" OR SCS) |
| ("management reserv*" OR MR OR "mgmt reserv*" OR "management risk" OR "mgmt risk") W/25 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| reconcil* W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (unbill* OR "remaining to be billed") W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| overbill* W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| incentive* W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (pay* OR paid OR fee OR fees OR expense* OR incentive*) W/5 (false OR fake) |
| (error* OR erronoeus*) W/25 ("LC" OR "LCAAP" OR "Lake City") |

| |
|---|
| (error* OR erronoeus*) W/10 ("small cal*" OR "small-cal*" OR SCS) |
| surpris* W/20 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS or "defense system*") |
| costpoint W/5 implement* |
| costpoint W/10 (problem* OR issue* OR Junk OR fail OR wrong OR validat* OR inadequate OR "not adequate" OR defect* OR "revenue ceiling*" OR surpris* OR inaccurate OR "not accurate") |
| (ERP OR "ERP system" OR "enterprise resource planning") W/10 (problem* OR issue* OR Junk OR fail OR wrong OR validat* OR inadequate OR "not adequate" OR defect OR "revenue ceiling*" OR surpris* OR inaccurate OR "not accurate") |
| costpoint W/5 consultant |
| ("enterprise business optimization" or "bus* opp*" or EBO or "working capital efficiency" or WCE or "working cap*") W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) W/25 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS OR "defense system*") |
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR replac* OR quit* OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) AND (employ* OR work* OR job) W/10 ("LC" OR "LCAAP" OR "Lake City" OR "small cal*" OR "small-cal*" OR SCS) |
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) W/10 Hollis OR Thompson OR PAO OR Holiday OR Kent OR Pugliese OR Snow OR Bristow OR Kahn or DiSalvo OR Casper OR DeYoung |
| terminat* W/10 ("Lake City" or LCAAP) |

| |
|---|
| (layoff* OR headcount OR "head count") AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (POC OR "percentage of completion") AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| overrun* W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| scorecard W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| ((cost*) W/5 (saving* OR issue* OR unmapped OR reconcil* OR problem* OR issue* OR billing OR unassigned OR unallocated OR susp* OR actual OR accurate OR inaccurate OR control* OR modif* OR chang* OR missing OR unreal OR aggressive OR *achievable OR *possible)) W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (stuck) w/5 (cost* or overhead) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| ((inventory) W/5 (sav* OR issue* OR unmapped OR reconcil* OR problem* OR issue* OR billing OR unassigned OR unallocated OR susp* OR actual OR accurate OR inaccurate OR control* OR modif* OR chang* OR miss*)) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| "soft allocation" AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| risk* W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (facilitat* W/5 (pay* OR paid)) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |

| |
|---|
| (pric* W/5 (declin* OR low* OR reduc* OR cut*)) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| "legacy approach" AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| ("internal control*" OR IC OR ICOFR) W/5 (weakness OR deficien* OR fail OR problem) |
| (diligence OR DD) W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (*@pwc.com OR *deloitte.com OR deloitte OR "D&T" OR pwc) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) |
| (*@alvarezandmarsal.com OR *@morganfranklin.com) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) |
| ("ASC 605" AND loss) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| ("financial statement" or "balance sheet" or "10-K" or "10-Q") AND (draft OR edit OR revis* OR chang* or notes) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS OR weakness OR deficienc*) |
| ("proxy statement" OR "joint proxy") AND (draft OR edit OR revis* OR chang* or notes) |
| (investor* or shareholder* or stockholder* or market or SEC) AND ("talking points" OR "Q&A" OR agenda* OR call* OR script* OR notes OR meeting OR expectation*) W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| (adj or adjust*) w/5 (rev or revenue*) |
| (assumption* OR assume OR assuming OR forecast* or projection* OR budget* OR propos* OR bid) W/5 (unreal* OR aggressive) |

| |
|---|
| (hold OR maintain OR pressure* OR need OR must) W/5 (EBIT OR "projected profit percentage" or "target* rate" OR 3.9 OR 3.9%) |
| 3.9 OR 3.9% W/5 (EBIT OR "projected profit percentage" or "target* rate") |
| "SOP 81-1" |
| control* failure* |
| "no control*" |
| marginaliz* |
| "unbilled cost*" OR "unbilled balance" |
| "just between us" |
| "between you and me" |
| "delegation review deck" |
| "margin reduction" |
| "zero profit" or "zero-profit" |
| ("break-even analysis" OR "break even analysis") |
| "scratch my back" |
| "secondary approval" |
| "win contract" OR (win /2 "contract at all costs") |
| (bid model*) OR (bid model project) |
| Inappropriate* W/5 (record OR "LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| Long-term construction* |
| sustain* losses |
| volume decline* |
| "deal delegation" |
| "should be 3.9" OR "shoud be 3.9%" |
| "make it 3.9" OR "make it 3.9% |
| "grey area" or "gray area" |
| ((negative) W/5 (publicity OR react*)) W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS OR merger OR "Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) |
| "red flag*" |
| "improper tone at the top" OR "ITATT" |
| "accountability adjustment*" |

| |
|---|
| (negative OR adverse OR problem OR bad OR hurt OR "not good" OR cut OR reduce OR "fall short" OR miss OR eliminate*) W/10 (compensation OR bonus) |
| GAAP W/10 (misappl* OR violat* OR wrong OR inconsist* OR problem OR incorrect OR "not right") |
| (gauge w/5 weigh) OR G&W |
| "don't get paid enough" OR "do not get paid enough" |
| "fix it later" |
| "go* to jail" |
| blitz W/25 ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| 5.56 W/5 (material* or solvent or seal or waterproof) |
| ((phantom) W/5 (part* or inventor*)) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| "dwt@orbital.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) |
| "pierce.garrett@orbital.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) |
| "thompson.hollis@orbital.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) |
| "blake.larson@atk.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) |
| "mark.deyoung@atk.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) |
| "dwt@orbitalatk.com" AND ("Lake City" or LCAAP) |
| "dwt@orbital.com" AND ("Lake City" or LCAAP) |
| garrett.pierce@orbitalatk.com AND ("Lake City" or LCAAP) |
| "pierce.garrett@orbital.com" AND ("Lake City" or LCAAP) |

| |
|---|
| "hollis.thompson@orbitalatk.com" AND ("Lake City" or LCAAP) |
| "thompson.hollis@orbital.com" AND ("Lake City" or LCAAP) |
| "blake.larson@orbitalatk.com" AND ("Lake City" or LCAAP) |
| "blake.larson@atk.com" AND ("Lake City" or LCAAP) |
| "mark.deyoung@atk.com" AND ("Lake City" or LCAAP) |
| "michael.kahn@atk.com" AND ("Lake City" or LCAAP) |
| "michael.kahn@orbitalatk.com" AND ("Lake City" or LCAAP) |
| "dwt@orbitalatk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "dwt@orbital.com" AND ("small cal*" or "small-cal*" or SCS) |
| garrett.pierce@orbitalatk.com AND ("small cal*" or "small-cal*" or SCS) |
| "pierce.garrett@orbital.com" AND ("small cal*" or "small-cal*" or SCS) |
| "hollis.thompson@orbitalatk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "thompson.hollis@orbital.com" AND ("small cal*" or "small-cal*" or SCS) |
| "blake.larson@orbitalatk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "blake.larson@atk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "mark.deyoung@atk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "michael.kahn@atk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "michael.kahn@orbitalatk.com" AND ("small cal*" or "small-cal*" or SCS) |
| "unbilled analysis" |
| (investor* or shareholder* or stockholder* or market or SEC) W/5 (deceiv* or misrepresent* or bullsh* or fraud*) |
| "aggressive pricing" OR "aggressively priced" OR "aggressive bid" |
| "violat* policy" |
| wrongdoing or "wrong doing" |

| |
|---|
| (excess W/5 value) AND ("LC" OR "LCAAP" OR "Lake City" OR "Prime contract" OR "small cal*" OR "small-cal*" OR SCS) |
| circumvent* |
| complaince W/5 (problem* or issue* or violat*) |
| "reduce* contract price" |