# Exhibit E

Attachment to Defendants'
June 14, 2018 Proposal

| Search Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---:|---:|---:|
| (overstat* OR understat*) W/5 (profit* OR revenue* OR cost* OR margin* OR earning* OR receivable* OR liabilities OR income) AND ("LC" or "LCAAP" or "Lake City") | 2,545 | 8,345 | 924 |
| (restatement OR restate) w/20 ("Lake City" or "LC" or "LCAAP") | 3,006 | 7,540 | 1,324 |
| (W52P1J12D0078 OR "W52P1J-12-D-0078" OR "W52P1J11R0063" OR "W52P1J-11-R-0063") | 28,074 | 62,339 | 24,128 |
| "Vision 2022" w/10 ("Lake City" or "LC" or "LCAAP") | 5,540 | 16,510 | 2,368 |
| "LCAAP Contract" | 2,686 | 14,047 | 1,296 |
| ((SEC or Commission or "securities exchange") W/3 (inquir* OR investig* OR subpoena OR risk OR hearing OR interview OR depo* OR statement OR testi* OR probe OR probing OR examin* OR interrogat* OR question* OR subpoena* OR request* OR letter OR communicat* OR correspond*)) AND ("Lake City" or "LC" or "LCAAP") | 2,556 | 7,146 | 851 |
| (("off our back" OR excuses OR "don't tell" OR "don't give") W/5 (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc OR corporate OR management OR Mark OR DeYoung OR Thompson OR Dave OR David OR Pierce OR Garrett OR Hollis OR Larson OR Blake)) AND ("Lake City" or "LC" or "LCAAP") | 22 | 40 | 22 |
| (("pass muster" OR "not accept*" OR "won't accept" OR scrutin* OR probe OR probing) W/5 (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc)) AND ("Lake City" or "LC" or "LCAAP") | 1,766 | 5,482 | 681 |
| (pressur* W/5 (auditor OR "audit committee" OR "internal audit" OR PCAOB OR deloitte OR "d&t" OR DT OR pwc OR Mark OR DeYoung OR Thompson OR Dave OR David OR Pierce OR Garrett OR Hollis OR Larson OR Blake)) AND ("Lake City" or "LC" or "LCAAP") | 199 | 369 | 54 |
| (pressur* W/5 (DeYoung OR Thompson OR Pierce OR Garrett OR Hollis OR Larson OR Blake)) AND ("Lake City" or "LC" or "LCAAP") | 119 | 214 | 0 |
| (pressur* W/5 (corporate OR management)) AND ("Lake City" or "LC" or "LCAAP") | 443 | 1,820 | 266 |
| audit W/5 ("LC" OR "LCAAP" OR "Lake City") | 4,898 | 10,612 | 2,731 |
| (("watch out" OR careful OR coverup or "cover up" OR disturbing OR "big issue") w/20 (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) w/20 ("Lake City" or "LC" or "LCAAP") | 53 | 72 | 6 |
| (("inappropriate conduct" OR "acted inappropriately") AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) AND ("Lake City" or "LC" or "LCAAP") | 198 | 727 | 0 |
| (("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) AND ("Lake City" or "LC" or "LCAAP") | 1,179 | 4,823 | 219 |
| (aggressive AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) AND ("Lake City" or "LC" or "LCAAP") | 1,224 | 6,600 | 366 |
| ((fraud OR illegal OR improper OR lie OR lying OR violat*) w/20 (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) w/20 ("Lake City" or "LC" or "LCAAP") | 5 | 11 | 0 |
| ((hide OR inadequate OR fail* OR hide OR hiding OR secret) AND (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) w/20 ("Lake City" or "LC" or "LCAAP") | 127 | 607 | 12 |
| ((conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) w/20 (*@deloitte.com OR *@pwc.com OR deloitte OR "d&t" OR pwc)) w/20 ("Lake City" or "LC" or "LCAAP") | 2 | 4 | 0 |
| (("watch out" OR careful OR coverup OR "cover up" OR disturbing OR "big issue") W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 159 | 365 | 21 |

| Query | | | |
|---|---|---|---|
| (("inappropriate conduct" OR "acted inappropriately") W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 0 | 0 | 0 |
| (("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 9 | 19 | 1 |
| (aggressive W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 75 | 860 | 29 |
| ((hide OR inadequate OR fail* OR hide OR hiding OR secret) W/10 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 857 | 2,026 | 106 |
| ((conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 519 | 1,468 | 3 |
| (("watch out" OR careful OR coverup or "cover up" OR disturbing OR "big issue") w/10 bid*) AND ("Lake City" or "LC" or "LCAAP") | 197 | 700 | 138 |
| (("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) W/15 bid*) AND ("Lake City" or "LC" or "LCAAP") | 27 | 127 | 10 |
| (aggressive W/15 bid*) AND ("Lake City" or "LC" or "LCAAP") | 1,006 | 8,995 | 316 |
| ((hide OR corrupt OR concern* OR inadequate OR defect* OR fail* OR hide OR hiding OR secret) W/15 bid*) w/15 ("Lake City" or "LC" or "LCAAP") | 152 | 398 | 54 |
| ((conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) W/15 bid*) AND ("Lake City" or "LC" or "LCAAP") | 517 | 1,197 | 33 |
| ("watch out" OR careful OR coverup or "cover up" OR disturbing OR "big issue") w/15 ("LC" OR "LCAAP" OR "Lake City" ) | 5,034 | 15,923 | 2,745 |
| ("inappropriate conduct" OR "acted inappropriately") W/10 ("LC" OR "LCAAP" OR "Lake City") | 6 | 11 | 0 |
| ("significant difference" OR "significant gap" OR "off track" OR "taking a hit" OR "took a hit" OR irreconcilable OR unreal OR unprecedented OR unfeasible OR "not feasible" OR "hard to believe" OR impossible) W/15 ("LC" OR "LCAAP" OR "Lake City") | 490 | 3,025 | 328 |
| aggressive W/15 ("LC" OR "LCAAP" OR "Lake City") | 1,087 | 5,859 | 388 |
| (fraud OR illegal OR improper OR lie OR lying OR violat*) W/15 ("LC" OR "LCAAP" OR "Lake City") | 1,955 | 7,035 | 821 |
| (conceal* OR deceiv* OR misrepresent* OR mislead* OR misstat* OR false OR falsif*) W/15 ("LC" OR "LCAAP" OR "Lake City") | 2,122 | 7,446 | 660 |
| (suppress* or escalat* or concern*) W/5 ("LC" OR "LCAAP") | 1,618 | 6,988 | 1,006 |
| ((suppress* or escalat* or concern*) W/2 overrun*) AND ("Lake City" or "LC" or "LCAAP") | 15 | 27 | 0 |
| (suppress* or escalat* or concern*) W/2 negative AND ("Lake City" or "LC" or "LCAAP") | 463 | 1,331 | 17 |
| (overbudget* OR over-budget* OR "over budget*") W/5 ("LC" OR "LCAAP" OR "Lake City") | 4,938 | 16,170 | 4,218 |
| ("management reserv*" OR MR OR "mgmt reserv*" OR "management risk" OR "mgmt risk") W/5 ("LC" OR "LCAAP" OR "Lake City") | 2,570 | 8,297 | 2,196 |
| (unbill* OR "remaining to be billed") W/5 ("LC" OR "LCAAP" OR "Lake City") | 3,207 | 7,334 | 2,144 |
| ((pay* OR paid OR fee OR fees OR expense* OR incentive*) W/5 (false OR fake)) w/15 ("Lake City" or "LC" or "LCAAP") | 2 | 2 | 0 |
| (costpoint W/5 implement*) w/15 ("Lake City" or "LC" or "LCAAP") | 1,947 | 5,345 | 1,007 |
| (costpoint W/10 (problem* OR issue* OR fail OR wrong OR "not adequate" OR "revenue ceiling*" OR surpris* OR inaccurate OR "not accurate")) AND ("Lake City" or "LC" or "LCAAP") | 6,697 | 17,585 | 4,317 |
| ((ERP OR "ERP system" OR "enterprise resource planning") W/10 (problem* OR issue* OR Junk OR fail OR wrong OR validat* OR inadequate OR "not adequate" OR defect OR "revenue ceiling*" OR surpris* OR inaccurate OR "not accurate")) AND ("Lake City" or "LC" or "LCAAP") | 2,812 | 9,535 | 935 |

| Query | | | |
|---|---:|---:|---:|
| (costpoint W/5 consultant) AND ("Lake City" or "LC" or "LCAAP") | 1,291 | 1,858 | 965 |
| (retir* OR resign* OR fire OR fired OR firing OR "step* down" OR "forc* out" OR "push* out" OR "let go" OR terminat* OR reprimand* OR disciplin*) W/5 (Thompson OR PAO OR Holiday OR Pugliese OR Snow OR Bristow OR Kahn or DiSalvo OR Casper OR DeYoung) | 8,879 | 18,451 | 7,662 |
| (layoff* OR headcount OR "head count") w/10 ("LC" OR "LCAAP" OR "Lake City") | 1,977 | 5,132 | 1,529 |
| overrun* W/15 ("LC" OR "LCAAP" OR "Lake City") | 547 | 1,576 | 234 |
| scorecard W/15 ("LC" OR "LCAAP" OR "Lake City") | 2,175 | 10,981 | 1,590 |
| (stuck) w/5 (cost* or overhead) w/15 ("LC" OR "LCAAP" OR "Lake City") | 1,418 | 2,904 | 1,106 |
| "legacy approach" AND ("LC" OR "LCAAP" OR "Lake City") | 1 | 2 | 1 |
| ("internal control*" OR IC OR ICOFR) W/5 (weakness OR deficien* OR fail OR problem) AND ("Lake City" or "LC" or "LCAAP") | 2,785 | 8,456 | 241 |
| ("due diligence") W/10 ("LC" OR "LCAAP" OR "Lake City") | 298 | 1,235 | 208 |
| ("ASC 605" AND loss) AND ("LC" OR "LCAAP" OR "Lake City") | 687 | 2,996 | 71 |
| (assumption* OR assume OR assuming OR forecast* or projection* OR budget* OR propos* OR bid) W/5 (unreal* OR aggressive) w/15 ("Lake City" or "LCAAP" or "LC") | 240 | 975 | 0 |
| (hold OR maintain OR pressure* OR need OR must) W/5 (EBIT OR "projected profit percentage" or "target* rate" OR 3.9 OR 3.9%) w/10 ("Lake City" or "LC" or "LCAAP") | 110 | 707 | 103 |
| 3.9 OR 3.9% W/5 (EBIT OR "projected profit percentage" or "target* rate") w/15 ("Lake City" or "LC" or "LCAAP") | 149 | 1,687 | 11 |
| ("SOP 81-1") AND ("Lake City" or "LC" or "LCAAP") | 387 | 2,374 | 161 |
| (control* failure*) AND ("Lake City" or "LC" or "LCAAP") | 1,379 | 3,980 | 298 |
| ("just between us") AND ("Lake City" or "LC" or "LCAAP") | 14 | 14 | 14 |
| ("between you and me") AND ("Lake City" or "LC" or "LCAAP") | 60 | 84 | 49 |
| ("delegation review deck") AND ("Lake City" or "LC" or "LCAAP") | 131 | 812 | 0 |
| ("zero profit" or "zero-profit") w/15 ("Lake City" or "LC" or "LCAAP") | 41 | 167 | 12 |
| (("break-even analysis" OR "break even analysis")) w/10 ("Lake City" or "LC" or "LCAAP") | 0 | 0 | 0 |
| ("scratch my back") AND ("Lake City" or "LC" or "LCAAP") | 0 | 0 | 0 |
| ("win contract" OR (win /2 "contract at all costs")) AND ("Lake City" or "LC" or "LCAAP") | 136 | 933 | 104 |
| ("deal delegation") AND ("Lake City" or "LC" or "LCAAP") | 74 | 528 | 0 |
| ((negative) W/5 (publicity OR react*)) W/10 ("LC" OR "LCAAP" OR "Lake City" OR "Project Vista" OR "Project Wilson" OR "Project Gopher" OR Acadia OR Denali OR Ozark) | 0 | 0 | 0 |
| ("red flag*") w/15 ("Lake City" or "LC" or "LCAAP") | 36 | 74 | 20 |
| ("improper tone at the top" OR "ITATT") AND ("Lake City" or "LC" or "LCAAP") | 17 | 37 | 7 |
| (negative OR adverse OR problem OR bad OR hurt OR "not good" OR cut OR reduce OR "fall short" OR miss OR eliminate*) W/10 (compensation OR bonus) AND ("Lake City" or "LC" or "LCAAP") | 2,324 | 6,614 | 702 |
| ("fix it later") AND ("Lake City" or "LC" or "LCAAP") | 0 | 0 | 0 |
| ("go* to jail") AND ("Lake City" or "LC" or "LCAAP") | 180 | 442 | 9 |
| ((phantom) W/5 (part* or inventor*)) AND ("LC" OR "LCAAP" OR "Lake City") | 140 | 408 | 57 |
| "dwt@orbital.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) AND ("Lake City" or "LCAAP" or "LC") | 350 | 972 | 0 |
| "pierce.garrett@orbital.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) AND ("Lake City" or "LCAAP" or "LC") | 0 | 0 | 0 |

| Query | | | |
|---|---|---|---|
| "thompson.hollis@orbital.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) AND ("Lake City" or "LCAAP" or "LC") | 0 | 0 | 0 |
| "blake.larson@atk.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) AND ("Lake City" or "LCAAP" or "LC") | 47 | 49 | 10 |
| "mark.deyoung@atk.com" AND ("exchange ratio" OR (equity w/2 split) OR (Alliant w/5 valuation) OR (ATK w/5 valuation)) AND ("Lake City" or "LCAAP" or "LC") | 59 | 94 | 23 |
| ((investor* or shareholder* or stockholder* or market or SEC) W/5 (deceiv* or misrepresent* or bullsh* or fraud*)) AND ("Lake City" or "LC" or "LCAAP") | 37 | 268 | 15 |
| (wrongdoing or "wrong doing") AND ("Lake City" or "LC" or "LCAAP") | 863 | 2,651 | 100 |
| ((fraud OR illegal OR improper OR lie OR lying OR violat*) W/15 ("Project Vista" OR Merger OR "Project Wilson" OR "Project Gopher" OR "Acadia" OR "Denali" OR "Ozark")) AND ("Lake City" or "LC" or "LCAAP") | 228 | 505 | 21 |
| "management* review*" w/15 ("LC" OR "LCAAP" OR "Lake City") AND (accounting OR "forward loss" OR "fwd loss") | 751 | 2,837 | 80 |
| scrub w/15 ("LC" OR "LCAAP" OR "Lake City" ) | 215 | 569 | 179 |
| ("forward loss" OR "fwd loss") AND ("Lake City") | 2,918 | 7,263 | 712 |
| ((fraud OR illegal OR improper OR lie OR lying OR violat*) W/15 bid*) AND ("Lake City" OR "LC" or "LCAAP") | 149 | 628 | 65 |
| "Internal Audit" w/15 ("LC" OR "LCAAP" OR "Lake City") | 2,432 | 4,855 | 727 |

| | |
|---|---|
| **Total with Hits** | **91,555** |
| **Total with Hits, Including Attachments** | **206,889** |
| **Total Unique Hits** | **73,827** |
| | |
| **Total with Hits EXCLUDING Produced Documents** | **33,199** |
| **Total with Hits EXCLUDING Produced Documents, Including Attachments** | **63,995** |