UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ORBITAL ATK, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN <br><br> <u>CLASS ACTION</u> |

**ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion to for leave to file a Second Amended Complaint (Doc.____).  Upon consideration of the motion, and the parties' arguments in support thereof and in opposition thereto, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED** and Plaintiffs may file the proposed Second Amended Complaint.

ENTERED this _____ day of August 2018.

Alexandria, Virginia

_____
Michael S. Nachmanoff
United States Magistrate Judge

1458393_1