IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STEVEN KNURR, et al., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:16-cv-01031-TSE-MSN |
| ) | |
| v. ) | <u>CLASS ACTION</u> |
| ) | |
| ORBITAL ATK, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>ORDER</u>

The matter is before the Court on the parties' joint motion to stay this litigation until October 8, 2018, pending the parties' private mediation efforts.

For good cause shown,

It is hereby ORDERED that the parties' motion to stay (Doc. 393) is GRANTED.

It is further ORDERED that, but for the completion of fact discovery, this case is STAYED AND ADMINISTRATIVELY CLOSED from the date of this order.

It is further ORDERED that all pending hearing dates are CANCELED at this time.

It is further ORDERED that the parties shall submit a written status report to the Court no later than October 8, 2018, advising the Court of the status of their mediation efforts. If the parties' private mediation efforts are unsuccessful, they may be required to attend a settlement conference before a United States Magistrate or District Judge before this matter is reopened.

The Clerk is directed to provide a copy of this Order to all counsel of record and to place this matter among the inactive causes.

ENTERED this 29th day of August 2018.
Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge