UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ORBITAL ATK, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:16-cv-01031-TSE-MSN |

**MOTION TO SEAL**

PURSUANT TO Local Civil Rule 5(C), Lead Plaintiff moves for leave to file a redacted proposed breief (Doc. 413) under seal (***filed under seal as*** Doc. 419). The redacted information refers to a sealed hearing held on May 4, 2018. The grounds and reasons for granting this relief are identical to those have been stated with particularity in Lead Plaintiff's previously filed sealing motion brief (Doc. 178).

Respectfully submitted, this 14th day of December 2018.

        THE OFFICE OF CRAIG C. REILLY
        CRAIG C. REILLY, VSB #20942


          */s/ Craig C. Reilly*
          CRAIG C. REILLY

        111 Oronoco Street
        Alexandria, VA  22314
        Telephone:  703/549-5354
        703/549-2604 (fax)
        craig.reilly@ccreillylaw.com

        ***Liaison Counsel***

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
PETER M. JONES
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

*Lead Counsel for Plaintiff*

VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

*Additional Counsel for Plaintiff Wayne County Employees' Retirement System*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users:

*/s/ Craig C. Reilly*
Craig C. Reilly, Esq.
VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
EMAIL craig.reilly@ccreillylaw.com

*Liaison Counsel for Lead Plaintiff*