UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORBITAL ATK, INC., *et al.*,<br><br>Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br>**CLASS ACTION** |

## ORDER SETTING DEADLINES AND HEARINGS FOR SEEKING FINAL APPROVAL OF SETTLEMENT

The parties, having recently filed a pleading noting that they have reached a preliminary resolution of this action (Doc. 432), were directed to jointly present an order establishing briefing deadlines and hearings for establishing notice to class members and final settlement approval (Doc. 433). The parties have advised the Court that they are continuing to negotiate the terms of a stipulation of settlement. After meeting and conferring about scheduling, the parties prepared a proposed order and have jointly requested that the Court enter it to schedule the settlement activities leading to final settlement approval. Upon consideration of that joint motion, it is hereby

**ORDERED** that, subject to the parties successfully negotiating a final agreement, the following schedule shall govern the final settlement approval proceedings:

1. A stipulation of settlement, motion for preliminary approval of the proposed settlement, and related supporting papers shall be filed no later than January 30, 2019.

2. A hearing on the motion for preliminary approval shall be noticed for February 8, 2019 at __1:00__ a.m/(p.m.)

3. Provided that the Court enters an order granting the motion for preliminary approval on or before February 8, 2019, the following schedule shall govern:

    a. The Claims Administrator shall commence mailing Notice and Proof of Claim forms no later than February 22, 2019.

    b. The Claims Administrator shall cause the Summary Notice to be published no later than March 8, 2019.

    c. All briefs and supporting documents in support of the Settlement, the Plan of Allocation, any application by Lead Counsel and Plaintiffs for attorneys' fees and expenses, and any application by Plaintiffs for their expenses shall be filed no later than April 19, 2019.

    d. A putative class member shall opt out of the class or file objections to the settlement no later than May 3, 2019.

    e. Replies to any filed objections shall be filed no later than May 17, 2019.

    f. A final approval settlement hearing pursuant to Rule 23(e) of the Federal Rules of Civil Procedure will be scheduled for May 24, 2019.

4. If the motion for preliminary approval is granted after February 8, 2019, however, the parties shall propose a new schedule for settlement approval deadlines set forth in sub-paragraphs 3(a) – (f) within five days after entry of an order granting the preliminary approval motion.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 15, 2019

_____
T. S. Ellis, III
United States District Judge