UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>ORBITAL ATK, INC., et al.,<br><br>               Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND THE PLAN OF ALLOCATION**

Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis and Named Plaintiff Wayne County Employees' Retirement System (together, "Plaintiffs"), on behalf of themselves and the Class, respectfully move this Court for final approval of the proposed Settlement and the Plan of Allocation. The terms and conditions of the Settlement are set forth in the Settlement Agreement, dated January 30, 2019 ("Stipulation" or Settlement") (ECF No. 439-1). The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers.

Pursuant to this Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 446), a hearing is set for June 7, 2019, at 1:00 p.m. Proposed orders will be submitted with Plaintiffs' reply submission on or before May 24, 2019.

DATED: April 26, 2019

Respectfully submitted,

THE OFFICE OF CRAIG C. REILLY
CRAIG C. REILLY, VSB #20942

            */s/ Craig C. Reilly*
CRAIG C. REILLY

111 Oronoco Street
Alexandria, VA 22314
Telephone: 703/549-5354
703/549-5355 (fax)
craig.reilly@ccreillylaw.com

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ
FRANK RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiff

- 2 -

- 3 -

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff Wayne County
Employees' Retirement System

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

                                                       /s/ Craig C. Reilly
                                                   Craig C. Reilly (VSB # 20942)
                                                   111 Oronoco Street
                                                   Alexandria, VA  22314
                                                   T: 703/549-5354
                                                   F: 703/549-5355
                                                   E: craig.reilly@ccreillylaw.com
                                                   *Liaison Counsel for Lead Plaintiff*

1558466_1