UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 1:16-cv-01031-TSE-MSN |
| ) | CLASS ACTION |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | |
| ORBITAL ATK, INC., et al., ) ) ) | |
| Defendants. ) ) | |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4)**

Lead Counsel, Robbins Geller Rudman & Dowd LLP, respectfully moves the Court for entry of an Order: (i) awarding attorneys' fees in the amount of 28% of the Settlement Amount and payment of litigation expenses of $1,119,680.08, plus interest on both amounts at the same rate and for the same period of time as that earned on the Settlement Fund until paid; and (ii) awarding Lead Plaintiff Construction Laborers Pension Trust of Greater St. Louis $4,351 and Named Plaintiff Wayne County Employees' Retirement System $9,397.26 pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Class. The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers.

Pursuant to this Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 446), a hearing is set for June 7, 2019, at 1:00 p.m. Proposed orders will be submitted with Lead Counsel's reply submission on or before May 24, 2019.

DATED: April 26, 2019

Respectfully submitted,

THE OFFICE OF CRAIG C. REILLY
CRAIG C. REILLY, VSB #20942

  /s/ Craig C. Reilly
CRAIG C. REILLY

111 Oronoco Street
Alexandria, VA  22314
Telephone:  703/549-5354
703/549-5355 (fax)
craig.reilly@ccreillylaw.com

Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
JAMES E. BARZ
FRANK RICHTER
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
MAUREEN E. MUELLER
KATHLEEN B. DOUGLAS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Lead Counsel for Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiff Wayne County Employees' Retirement System

- 3 -

1558475_1

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

                                                */s/ Craig C. Reilly*
                                                Craig C. Reilly (VSB # 20942)
                                                111 Oronoco Street
                                                Alexandria, VA  22314
                                                T: 703/549-5354
                                                F: 703/549-5355
                                                E: craig.reilly@ccreillylaw.com
                                                *Liaison Counsel for Lead Plaintiff*

1558475_1