UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| STEVEN KNURR, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>ORBITAL ATK, INC., et al.,<br><br>      Defendants. | Civil Action No. 1:16-cv-01031-TSE-MSN<br><br>**CLASS ACTION** |

ORDER APPROVING PLAN OF ALLOCATION

This matter having come before the Court on June 7, 2019, on Plaintiffs' motion for approval of the Plan of Allocation in the above-captioned action; the Court having considered all papers filed and proceedings conducted herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.   This Order incorporates by reference the definitions in the Settlement Agreement dated January 30, 2019 (the "Stipulation"), and all capitalized terms used, but not defined, herein shall have the same meanings as set forth in the Stipulation.

2.   Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Class Members to be heard with respect to the Plan of Allocation. There are no objections by any Class Member to the proposed Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice sent to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among the Authorized Claimants, with due consideration having been given to administrative convenience and necessity.

4. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

DATED: 6/7/19

THE HONORABLE T.S. ELLIS, III
UNITED STATES DISTRICT JUDGE